ALLIANCE DEFENSE FUND LAW CENTER
BENJAMIN W. BULL
Arizona State Bar No. 009940
JOSHUA W. CARDEN*
Arizona State Bar No. 021698
ELIZABETH A. MURRAY*
Arizona State Bar No. 022954
Alliance Defense Fund Law Center
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
California State Bar No. 179572
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (909) 461-7860
Fax: (909) 461-9056

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, a California nonprofit religious corporation, and HATTIE HOPKINS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL D. GLOVER, member and Chair of the Contra Costa County Board of Supervisors, MARK DESAULNIER, member of the Contra Costa County Board | CASE NO. C-04-3111-EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

* appearing *pro hac vice*.
REQUEST FOR REASSIGNMENT - 1

| | |
|---|---|
| 1 | of Supervisors, JOHN M. GIOIA, member of the Contra Costa County Board of |
| 2 | Supervisors, MILLIE GREENBERG, member of the Contra Costa County Board |
| 3 | of Supervisors, GAYLE B. UILKEMA, |
| 4 | member of the Contra Costa County Board of Supervisors, JOHN SWEETEN, Contra |
| 5 | Costa County Administrator, ANNE CAIN, Contra Costa County Librarian, and |
| 6 | PATTY CHAN, Senior Branch Librarian for the Antioch branch of the Contra Costa |
| 7 | County Public Library, LAURA |
| 8 | O'DONAHUE, Administrative Deputy Director for the Antioch branch of the |
| 9 | Contra Costa County Public Library, in their individual and official capacities, |
| 10 | |
| 11 | Defendants. |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/17/04

Signature: [signature]

Counsel for Plaintiffs