1  ALLIANCE DEFENSE FUND LAW CENTER
   BENJAMIN W. BULL
2  Arizona State Bar No. 009940
   JOSHUA W. CARDEN*
3  Arizona State Bar No. 021698
4  ELIZABETH A. MURRAY*
   Arizona State Bar No. 022954
5  Alliance Defense Fund Law Center
   15333 N. Pima Rd., Suite 165
6  Scottsdale, AZ 85260
7  Phone: (480) 444-0020
   Fax: (480) 444-0028
8
   ROBERT H. TYLER
9  California State Bar No. 179572
   38760 Sky Canyon Drive, Suite B
10 Murietta, CA 92563
11 Phone: (909) 461-7860
   Fax: (909) 461-9056
12
   LAW OFFICES OF TERRY L. THOMPSON
13 TERRY L. THOMPSON
   California State Bar No. 199870
14 P.O. Box 1346
15 Alamo, CA 94507
   Phone (925) 855-1507
16 Fax: (925) 820-6034
   (designated local counsel)
17
18 Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, a California nonprofit religious corporation, and HATTIE HOPKINS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL D. GLOVER, member and Chair of the Contra Costa County Board of Supervisors, MARK DESAULNIER, member of the Contra Costa County Board | CASE NO. C-04-3111-EDL<br><br>PROOF OF SERVICE<br>BY U.S. MAIL |

\* appearing *pro hac vice*.
PROOF OF SERVICE BY U.S. MAIL - 1

of Supervisors, JOHN M. GIOIA, member of the Contra Costa County Board of Supervisors, MILLIE GREENBERG, member of the Contra Costa County Board of Supervisors, GAYLE B. UILKEMA, member of the Contra Costa County Board of Supervisors, JOHN SWEETEN, Contra Costa County Administrator, ANNE CAIN, Contra Costa County Librarian, and PATTY CHAN, Senior Branch Librarian for the Antioch branch of the Contra Costa County Public Library, LAURA O'DONAHUE, Administrative Deputy Director for the Antioch branch of the Contra Costa County Public Library, in their individual and official capacities,

Defendants.

## PROOF OF SERVICE BY U.S. MAIL

I am more than eighteen years old and not a party to this action. My place of employment and business address is Alliance Defense Fund Law Center, 15333 N. Pima Road, Suite 165; Scottsdale, Arizona 85260.

On August 17, 2004, I served the within document(s) upon the parties in this action:

1. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

by transmitting a true copy of the above-listed document(s) by placing a true and correct copy of the above-listed document(s) in an envelope addressed to:

**Silvano B. Marchesi, County Counsel**
**Kelly M. Flanagan, Deputy County Counsel**
**Danielle R. Merida, Deputy County Counsel**
Office of the County Counsel
Contra Costa County
651 Pine Street, 9th Floor
Martinez, California 94553
Tel: 925-335-1800
Fax: 925-646-1078
(Attorneys for Defendents Federal D. Glover, Mark DeSaulnier, John M. Gioia, Millie Greenberg, Gayle B. Uilkema, John Sweeten, Anne Cain, Patty Chan, and Laura O'Donahue)

PROOF OF SERVICE BY FACSIMILE AND U.S. MAIL - 2

and then sealing the envelope, affixing adequate postage and depositing it in the U.S. mail at 8175 E. Evans Rd., Scottsdale, Arizona 85260.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 17, 2004, in Scottsdale, Arizona.

*Michele L. Magnaghi*
Michele L. Magnaghi, Paralegal

PROOF OF SERVICE BY FACSIMILE AND U.S. MAIL - 3