Text Clerks Use Only Google Inc.

Initial for fee pd.:
_____

Doc. 14

Robert G. Abrams
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
t. +1 202.383.6935

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, , ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,<br><br>    Plaintiff(s),<br><br>v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC and NETFLIX, INC.,<br><br>    Defendant(s). | CASE NO.<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

    Pursuant to Civil L.R. 11-3, Robert G. Abrams, an active member in good standing of the bar of District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, , ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated, in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Paul Alexander, 1950 University Avenue, 4th Floor East Palo Alto, CA 94303, 1 650.798.3555

    I declare under penalty of perjury that the foregoing is true and correct.

Dockets.Justia.com

Dated: 12/30/08

*Rtg Abrams*
Robert G. Abrams