1  ALLIANCE DEFENSE FUND LAW CENTER
   BENJAMIN W. BULL
2  Arizona State Bar No. 009940
3  JOSHUA W. CARDEN (PHV)
   Arizona State Bar No. 021698
4  ELIZABETH A. MURRAY(PHV)
   Arizona State Bar No. 022954
5  Alliance Defense Fund Law Center
   15333 N. Pima Rd., Suite 165
6  Scottsdale, AZ 85260
7  Phone: (480) 444-0020
   Fax: (480) 444-0028

8
   ROBERT H. TYLER
9  California State Bar No. 179572
   38760 Sky Canyon Drive, Suite B
10 Murietta, CA 92563
11 Phone: (909) 461-7860
   Fax: (909) 461-9056

12
   LAW OFFICES OF TERRY L. THOMPSON
13 TERRY L. THOMPSON
   California State Bar No. 199870
14 P.O. Box 1346
15 Alamo, CA 94507
   Phone (925) 855-1507
16 Fax: (925) 820-6034
   (designated local counsel)
17
   Attorneys for Plaintiffs
18

19        IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
20               OAKLAND DIVISION

21 FAITH CENTER CHURCH
   EVANGELISTIC MINISTRIES, et al.,            CASE NO. C-04-3111-JSW
22
23      Plaintiffs,

24 v.                                          PROOF OF SERVICE
                                               BY FEDERAL EXPRESS
25 FEDERAL D. GLOVER, et al.,

26      Defendants.

27

28

   * appearing *pro hac vice.*
   PROOF OF SERVICE BY FEDERAL EXPRESS - 1

# PROOF OF SERVICE BY FEDERAL EXPRESS

I am more than eighteen years old and not a party to this action. My place of employment and business address is Alliance Defense Fund Law Center, 15333 N. Pima Road, Suite 165; Scottsdale, Arizona 85260.

On September 30, 2004, I served the within document(s) upon the parties in this action:

1.  DISPUTE RESOLUTION PROCEDURES in the Northern District of California Booklet;

2.  ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT STATEMENT;

3.  STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND CERTIFICATION;

4.  JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER.

by transmitting a true copy of the above-listed documents by placing a true and correct copy of the above-listed documents in a Federal Express envelope addressed to:

**Silvano B. Marchesi, County Counsel**
**Kelly M. Flanagan, Deputy County Counsel**
**Danielle R. Merida, Deputy County Counsel**
Office of the County Counsel
Contra Costa County
651 Pine Street, 9th Floor
Martinez, California 94553
Tel: 925-335-1800
Fax: 925-646-1078

(Attorneys for Defendants Federal D. Glover, Mark DeSaulnier, John M. Gioia, Millie Greenberg, Gayle B. Uilkema, John Sweeten, Anne Cain, Patty Chan, and Laura O'Donahue) and then sealing the envelope, depositing it in the FedEx World Service Center located at 14202 N. Scottsdale Road, Scottsdale, Arizona 85254.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

PROOF OF SERVICE BY FEDERAL EXPRESS - 2

1  Executed on September 30, 2004, in Scottsdale, Arizona.

2

3

4                                              _____
                                               Danna S. Farney, Legal Assistant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE BY FEDERAL EXPRESS - 3