IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.

    Plaintiffs,

v.

FEDERAL D. GLOVER, et al.

    Defendants.

No. C 04-03111 JSW

**ORDER ON JOINT STIPULATION TO FILE AMENDED VERIFIED COMPLAINT**

The Court has received the parties' joint stipulation to file an amended verified complaint. In light of the parties' stipulation and the liberal standards permitting amendment, the Court finds good cause to grant the parties' request.

Accordingly, the Clerk shall file the Plaintiffs' Amended Verified Complaint. Pursuant to further stipulation of the parties, the Defendants' Original Answer shall be deemed to serve as the responsive pleading to the Amended Verified Complaint, "with the clarification that Defendants admit that Resolution No. 93/525 is the current Policy." Joint Stipulation at 2:11-12.

**IT IS SO ORDERED.**

Dated: October 6, 2004

    /s/ Jeffrey S. White
    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE