ALLIANCE DEFENSE FUND LAW CENTER
BENJAMIN W. BULL
Arizona State Bar No. 009940
JOSHUA W. CARDEN*
Arizona State Bar No. 021698
ELIZABETH A. MURRAY*
Arizona State Bar No. 022954
Alliance Defense Fund Law Center
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
California State Bar No. 179572
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (951) 461-7860
Fax: (951) 461-9056

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111-JSW <br><br> PROOF OF SERVICE BY ELECTRONIC FILING |

//
//
//

* appearing *pro hac vice*.
PROOF OF SERVICE BY U.S. MAIL - 1

# PROOF OF SERVICE BY ELECTRONIC FILING

I am more than eighteen years old and not a party to this action. My place of employment and business address is Alliance Defense Fund Law Center, 15333 N. Pima Road, Suite 165; Scottsdale, Arizona 85260.

On October 26, 2004, I filed the within document(s) with the Clerk of the Court using the CM/ECF system:

1. **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, NOTICE OF MOTION, POINTS & AUTHORITIES;**
2. **PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; and**
3. **CERTIFICATE OF SERVICE**

The Court will send electronic notification of such filing to:

**Silvano B. Marchesi, County Counsel**
**Kelly M. Flanagan, Deputy County Counsel**
**Danielle R. Merida, Deputy County Counsel**
Office of the County Counsel
Contra Costa County
651 Pine Street, 9th Floor
Martinez, California 94553
Tel: 925-335-1800
Fax: 925-646-1078
(Attorneys for Defendents Federal D. Glover, Mark DeSaulnier, John M. Gioia, Millie Greenberg, Gayle B. Uilkema, John Sweeten, Anne Cain, Patty Chan, and Laura O'Donahue)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 26, 2004, in Scottsdale, Arizona.

_____
Michele L. Magnaghi, Paralegal

PROOF OF SERVICE BY FACSIMILE AND U.S. MAIL - 2