# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GROCE and SUSAN HOROWITZ, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NETFLIX, INC., WAL-MART STORES, INC., and WALMART.COM USA LLC,<br><br>Defendants. | Case No. 09-cv-0139 MEJ<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

| | |
|---|---|
| 1 | On January 12, 2009, Plaintiffs in *Groce, et al. v. Netflix, Inc., et al.*, Case No. 09-cv-0139 |
| 2 | MEJ, filed an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to |
| 3 | Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause |
| 4 | appearing, HEREBY GRANTS the motion. |
| 5 | IT IS ORDERED that *Groce, et al. v. Netflix, Inc., et al.*, Case No. 09-cv-0139 MEJ, is hereby |
| 6 | related to *Resnick, et al. v. Walmart.com USA LLC*, Case No. 09-cv-0096 PJH. |
| 7 | *Groce, et al. v. Netflix, Inc., et al.* shall be reassigned to the undersigned judge pursuant to |
| 8 | local Rule 3-12(f). |

Dated:_____

By: _____
 The Honorable Phyllis J. Hamilton
 United States District Judge