# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Faith Center Church Evengelist Ministries, | 04-03111 JSW ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Glover, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Harold J. McElhinny**
> Morrison & Foerster
> 425 Market St.
> San Francisco, CA 94105
> 415-268-7265
> hmcelhinny@mofo.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
04-03111 JSW ENE                - 1 -

1 | Counsel are reminded that the written ENE statements required by the ADR L.R. 5-
2 | 8 shall NOT be filed with the court.

Dated: December 7, 2004

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____/s/_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

# PROOF OF SERVICE

Case Name:   Faith Center Church Evengelist Ministries v. Glover

Case Number:   04-03111 JSW ENE

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On December 7, 2004, I served a true and correct copy of:

> **Notice of Appointment of Evaluator**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> **Joshua William Carden**
> Alliance Defense Fund Law Center
> 15333 N. Pima Road, Suite 165
> Scottsdale, AZ 85260
> jcarden@alliancedefensefund.org
>
> **Terry Lee Thompson**
> Law Offices of Terry L. Thompson
> Post Office Box 1346
> Alamo, CA 94507
> tl_thompson@earthlink.net
>
> **Benjamin Wyman Bull**
> Alliance Defense Fund Law Center
> 15333 North Pima Road, Suite 165
> Scottsdale, AZ 85260
> bbull@telladf.org
>
> **Robert Henry Tyler**
> Alliance Defense Fund Law Center
> 38760 Sky Canyon Drive, Suite B
> Murrieta, CA 92563

rtyler@telladf.org

**Kelly M. Flanagan**
Contra Costa County
Office of the County Counsel
651 Pine Street, 9th Floor
Martinez, CA 94553
kflan@cc.cccounty.us

**Danielle Renee Merida**
Contra Costa County
651 Pine Street
Martinez, CA 94553-1229
dmeri@cc.cccounty.us

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[X] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

>**Elizabeth A. Murray**
>Alliance Defense Fund Law Center
>15333 N. Pima Road, Suite 165
>Scottsdale, AZ 85260
>
>**Harold J. McElhinny**
>Morrison & Foerster
>425 Market St.
>San Francisco, CA 94105
>hmcelhinny@mofo.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 7, 2004 in San Francisco, California.

>RICHARD W. WIEKING
>Clerk
>by:    Claudia M. Forehand
>
>_____/s/_____
>ADR Case Administrator
>415-522-2059
>Claudia_Forehand@cand.uscourts.gov