IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.

    Plaintiffs,

v.

FEDERAL D. GLOVER, et al.

    Defendants.

No. C 04-03111 JSW

**ORDER VACATING HEARING DATE**

Plaintiffs' motion for a preliminary injunction is currently set for hearing on Friday, January 28, 2005 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for January 28, 2005 is **VACATED**.

The initial case management conference set to follow the hearing on the motion for preliminary injunction shall be held on Friday, January 28, 2005 at 1:30 p.m. on the Court's regularly scheduled case management calendar. The parties Joint Case Management Statement is due by January 21, 2005.

**IT IS SO ORDERED.**

Dated: January 20, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE