# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

| | |
|---|---|
| **JUDGE: JEFFREY S. WHITE** | **COURTROOM DEPUTY**: Jennifer Ottolini |
| **DATE**: January 28, 2005 | **Court Reporter**: Rosita Flores |

**CASE NO. C-04-3111 JSW**

**TITLE:** Faith Center Evangelical Ministries, et al., v. Federal D. Glover, et al.,

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Elizabeth Murray | Kelly Flanagan |

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:** The Court advised the parties that a ruling on the Motion for Preliminary Injunction shall issue expeditiously and the Court will set a date for a further case management conference within its order.