BENJAMIN W. BULL
Arizona State Bar No. 009940
JOSHUA W. CARDEN
Arizona State Bar No. 021698
ELIZABETH A. MURRAY
Arizona State Bar No. 022954
Alliance Defense Fund
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
Alliance Defense Fund
California State Bar No. 179572
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (909) 461-7860
Fax: (909) 461-9056

TERRY L. THOMPSON
Law Offices of Terry L. Thompson
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | No. C-04-3111 JSW <br><br> **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR EARLY NEUTRAL EVALUATION** |

1

| | |
|---|---|
| 1 | Under ADR Local Rule 5-5, Plaintiffs, through their counsel, move for leave of Court to extend the deadline for conducting an Early Neutral Evaluation ("ENE") Session. The parties are currently scheduled for an ENE session on March 10, 2005. Because Plaintiffs' Motion for Preliminary Injunction is pending before this Court, the parties believe that ENE will not be beneficial to the parties until this Court rules on Plaintiffs' Motion for Preliminary Injunction as the decision will impact the parties' arguments at the ENE session. The parties respectfully request that an ENE session be held within 30 days after this Court's ruling on Plaintiffs' Motion for Preliminary Injunction. The parties concur in this request. |

Under ADR Local Rule 5-5, Plaintiffs, through their counsel, move for leave of Court to extend the deadline for conducting an Early Neutral Evaluation ("ENE") Session. The parties are currently scheduled for an ENE session on March 10, 2005. Because Plaintiffs' Motion for Preliminary Injunction is pending before this Court, the parties believe that ENE will not be beneficial to the parties until this Court rules on Plaintiffs' Motion for Preliminary Injunction as the decision will impact the parties' arguments at the ENE session. The parties respectfully request that an ENE session be held within 30 days after this Court's ruling on Plaintiffs' Motion for Preliminary Injunction. The parties concur in this request.

For this reason, Plaintiffs respectfully request that the Court grant this unopposed motion to extend the deadline for ENE.

Respectfully submitted this 23rd of February, 2005.

By: /s/ Elizabeth A. Murray
Attorney for Plaintiffs