BENJAMIN W. BULL
Arizona State Bar No. 009940
JOSHUA W. CARDEN
Arizona State Bar No. 021698
ELIZABETH A. MURRAY
Arizona State Bar No. 022954
Alliance Defense Fund
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
Alliance Defense Fund
California State Bar No. 179572
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (909) 461-7860
Fax: (909) 461-9056

TERRY L. THOMPSON
Law Offices of Terry L. Thompson
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | No. C-04-3111 JSW <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR EARLY NEUTRAL EVALUATION** |

| | |
|---|---|
| 1 | Upon the Court's thorough review of the motion and consideration of all matters brought before this Court relative to the motion, Plaintiffs' Unopposed Motion to Extend the Deadline for ENE is hereby GRANTED.  An ENE session shall be held within 30 days after this Court's ruling on Plaintiffs' Motion for Preliminary Injunction. |

By: _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE