1   BENJAMIN W. BULL
    Arizona State Bar No. 009940
2   JOSHUA W. CARDEN
    Arizona State Bar No. 021698
3   ELIZABETH A. MURRAY
    Arizona State Bar No. 022954
4   Alliance Defense Fund
    15333 N. Pima Rd., Suite 165
5   Scottsdale, AZ 85260
    Phone: (480) 444-0020
6   Fax: (480) 444-0028
7

8   ROBERT H. TYLER
    Alliance Defense Fund
9   California State Bar No. 179572
    38760 Sky Canyon Drive, Suite B
10  Murietta, CA 92563
    Phone: (909) 461-7860
11  Fax: (909) 461-9056
12

13  TERRY L. THOMPSON
    Law Offices of Terry L. Thompson
14  California State Bar No. 199870
    P.O. Box 1346
15  Alamo, CA 94507
    Phone (925) 855-1507
16  Fax: (925) 820-6034
    (designated local counsel)
17

18  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>FEDERAL D. GLOVER, et al.,<br><br>          Defendants. | No. C-04-3111 JSW<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR EARLY NEUTRAL EVALUATION** |

| | |
|---|---|
| 1 | Upon the Court's thorough review of the motion and consideration of all matters brought before this Court relative to the motion, Plaintiffs' Unopposed Motion to Extend the Deadline for ENE is hereby GRANTED. An ENE session shall be held within 30 days after this Court's ruling on Plaintiffs' Motion for Preliminary Injunction. |

February 23, 2005

By: /s/ Jeffrey S. White
_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE