1  ALLIANCE DEFENSE FUND
   BENJAMIN W. BULL
2  Arizona State Bar No. 009940
   JOSHUA W. CARDEN (admitted *pro hac vice*)
3  Arizona State Bar No. 021698
   ELIZABETH A. MURRAY (admitted *pro hac vice*)
4  Arizona State Bar No. 022954
5  Alliance Defense Fund
   15333 N. Pima Rd., Suite 165
6  Scottsdale, AZ 85260
   Phone: (480) 444-0020
7  Fax: (480) 444-0028
8
   ROBERT H. TYLER
9  California State Bar No. 179572
   38760 Sky Canyon Drive, Suite B
10 Murietta, CA 92563
   Phone: (951) 461-7860
11 Fax: (951) 461-9056
12
   LAW OFFICES OF TERRY L. THOMPSON
13 TERRY L. THOMPSON
   California State Bar No. 199870
14 P.O. Box 1346
15 Alamo, CA 94507
   Phone (925) 855-1507
16 Fax: (925) 820-6034
   (designated local counsel)
17
18 Attorneys for Plaintiffs

19            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
20                    SAN FRANCISCO DIVISION

21 | FAITH CENTER CHURCH | |
22 | EVANGELISTIC MINISTRIES, et al., | CASE NO. C-04-3111-JSW |
23 | Plaintiffs, | |
24 | v. | NOTICE AND MOTION FOR PERMISSION TO WITHDRAW OF JOSHUA W. CARDEN, |
25 | FEDERAL D. GLOVER, et al., | COUNSEL FOR PLAINTIFFS |
26 | Defendants. | |

NOTICE AND MOTION FOR WITHDRAWAL - JWC - 1

Comes now Joshua W. Carden, counsel for Plaintiffs in this case, and pursuant to Civil Local Rule 11-5, notifies the parties of intent to withdraw as attorney of record as a consequence of accepting another professional position, and moves that the Court permit withdrawal. The following are grounds for this notice and motion:

1. On April 19, 2005, I consulted with the Plaintiffs regarding this notice and motion and the Plaintiffs consent to withdrawal.

2. Other counsel from the firm remain in this case on behalf of the Plaintiffs and this will withdrawal will result in no prejudice to Plaintiffs.

3. Papers may continue to be served on Mr. Bull, Ms. Murray, Mr. Tyler, and Mr. Thompson, counsel for Plaintiffs.

4. An application to practice *pro hac vice* is being submitted by Gary S. McCaleb under separate cover.

Dated: April 19, 2005

                                            Benjamin W. Bull
                                            Joshua W. Carden
                                            Elizabeth A. Murray
                                            Robert H. Tyler
                                            ALLIANCE DEFENSE FUND

                                            Terry L. Thompson
                                            LAW OFFICES OF TERRY L. THOMPSON

                                            /s/Joshua W. Carden
                                            Joshua W. Carden
                                            Attorneys for Plaintiffs