1  ALLIANCE DEFENSE FUND
   BENJAMIN W. BULL
2  Arizona State Bar No. 009940
3  JOSHUA W. CARDEN (admitted *pro hac vice*)
   Arizona State Bar No. 021698
4  ELIZABETH A. MURRAY (admitted *pro hac vice*)
   Arizona State Bar No. 022954
5  Alliance Defense Fund
   15333 N. Pima Rd., Suite 165
6  Scottsdale, AZ 85260
7  Phone: (480) 444-0020
   Fax: (480) 444-0028
8
   ROBERT H. TYLER
9  California State Bar No. 179572
   38760 Sky Canyon Drive, Suite B
10 Murietta, CA 92563
11 Phone: (951) 461-7860
   Fax: (951) 461-9056
12
   LAW OFFICES OF TERRY L. THOMPSON
13 TERRY L. THOMPSON
   California State Bar No. 199870
14 P.O. Box 1346
15 Alamo, CA 94507
   Phone (925) 855-1507
16 Fax: (925) 820-6034
   (designated local counsel)
17
18 Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111-JSW <br><br> [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW JOSHUA W. CARDEN, COUNSEL FOR PLAINTIFFS |

This matter is before the Court on the Notice and Motion for Permission to Withdraw of Joshua W. Carden, Counsel for Plaintiffs. For the reasons stated in the motion, and for good cause appearing, the motion will be granted.

IT IS HEREBY ORDERED THAT permission to withdraw from this action is granted.

Dated: _____

_____
Jeffrey S. White
United States District Judge