RECEIVED
05 APR 20 AM 11:50
RICHARD... 
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Faith Center Church Evangelistic Ministries, et al.,
    Plaintiff(s),

v.

Federal D. Glover, et al.,
    Defendant(s).

CASE NO. C 04-03111 JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Gary S. McCaleb, an active member in good standing of the bar of Arizona, whose business address and telephone number is Alliance Defense Fund, 15333 N. Pima Rd., Suite 165, Scottsdale, AZ 85260 (480) 444-0020, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing all Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2 2 APR 2005

_____
United States ~~District/Magistrate Judge~~