ALLIANCE DEFENSE FUND
BENJAMIN W. BULL
Arizona State Bar No. 009940
JOSHUA W. CARDEN (admitted *pro hac vice*)
Arizona State Bar No. 021698
ELIZABETH A. MURRAY (admitted *pro hac vice*)
Arizona State Bar No. 022954
Alliance Defense Fund
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
California State Bar No. 179572
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (951) 461-7860
Fax: (951) 461-9056

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111-JSW <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW JOSHUA W. CARDEN, COUNSEL FOR PLAINTIFFS |

[~~PROPOSED~~] ORDER GRANTING WITHDRAWAL - JWC - 1

1   This matter is before the Court on the Notice and Motion for Permission to Withdraw of
2   Joshua W. Carden, Counsel for Plaintiffs. For the reasons stated in the motion, and for good
3   cause appearing, the motion will be granted.

IT IS HEREBY ORDERED THAT permission to withdraw from this action is granted.

Dated: April 25, 2005

/s/ Jeffrey S. White
Jeffrey S. White
United States District Judge

[~~PROPOSED~~] ORDER GRANTING WITHDRAWAL - JWC - 2