# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**　　　　**COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: May 13, 2005　　　　**Court Reporter**: Joan Columbini

**CASE NO. C-04-3111 JSW**

**TITLE:** Faith Center Evangelical Ministries, et al., v. Federal D. Glover, et al.,

**COUNSEL FOR PLAINTIFF:**　　　　**COUNSEL FOR DEFENDANT:**

Elizabeth Murray　　　　Kelly Flanagan
Terry Thompson

**PROCEEDINGS:**　　Hearing on Preliminary Injunction

**RESULTS:**　　*The Court tentatively GRANTS Plaintiffs' motion.*

　　The Court heard argument from counsel.

　　Matter taken under-submission. A written ruling shall issue.

**cc:**