IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.,

    Plaintiffs,

v.

FEDERAL D. GLOVER, et al.,

    Defendants.
_____/

No. C 04-03111 JSW

**PRELIMINARY INJUNCTION**

Pursuant to the Court's Order issued this date granting Plaintiffs' motion for a preliminary injunction, Defendants Federal D. Glover, Mark DeSaulnier, John M. Gioia, Millie Greenberg, Gayle B. Uilkema, John Sweeten, Anne Cain, and Laura O'Donahue, and their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, are HEREBY ENJOINED from enforcing the "Religious Use" provision of the policy adopted pursuant to Resolution No. 2004/655 "In the Matter of Adopting a Policy for the Use of Meeting Rooms in Libraries" so as to deny Plaintiffs' application to reserve the meeting room in the Antioch Branch of the Contra Costa County Library system for meetings that include religious services, or so as to deny the application of any similarly situated individual or entity seeking to use a meeting room for meetings that include religious services.

//

//

//

Pursuant to the terms of the Order granting Plaintiffs' motion, this preliminary injunction shall not go into effect until 9:00 a.m. on June 7, 2005.

**IT IS SO ORDERED.**

Dated: May 23, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE