BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (PHV)
Arizona State Bar No. 018848
ELIZABETH A. MURRAY (PHV)
Arizona State Bar No. 022954
Alliance Defense Fund Law Center
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
California State Bar No. 179572
Alliance Defense Fund Law Center
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (951) 461-7860
Fax: (951) 461-9056

TERRY L. THOMPSON
California State Bar No. 199870
Law Offices of Terry L. Thompson
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL D. GLOVER, et al.,<br><br>Defendants. | CASE NO. C-04-3111 JSW<br><br>**DECLARATION AND ITEMIZED STATEMENT OF JOSHUA W. CARDEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NONTAXABLE EXPENSES** |

1. I have been practicing law since October 22, 2002. I worked on this case as a Litigation Staff Attorney with the Alliance Defense Fund, a non-profit public interest law firm. I am transitioning into private practice. While working at the Alliance Defense Fund, I practiced exclusively in the area of constitutional litigation. I was involved in all aspects of litigation, including researching, drafting briefs and motions, depositions, discovery, and oral argument.

2. I have expended 25.5 billable hours in this case through May 23, 2005. At a billing rate of $190.00 per hour, this results in a total amount claimed of $4,845.00 in attorney's fees.

3. The following is an itemized statement of the services that I rendered in this case and the time that I spent performing the services. The itemized statement is based on contemporaneous time records that I kept as I did the work, using a time keeping database and/or written records.

| Attorney Joshua W. Carden (Through May 23, 2005) | | | | |
|---|---|---|---|---|
| Date | Task | Hours | Adjusted | Notes |
| 7/28/04 | Telephone call to H. Hopkins re: factual development | 0.3 | 0.3 | |
| 7/28/04 | Draft complaint | 3.2 | 3.2 | |
| 7/28/04 | Telephone call to H. Hopkins re: factual development | 0.3 | 0.3 | |
| 7/28/04 | Telephone call to H. Hopkins re: factual development | 0.3 | 0.3 | |
| 7/28/04 | Telephone call to B. Weller re: factual development | 0.2 | 0.2 | |
| 7/29/04 | Insert E. Murray & G. McCaleb edits in complaint | 0.8 | 0.8 | |
| 7/29/04 | Prepare summons | 0.2 | 0.2 | |

| Date | Description | Hours | Billed | Notes |
|---|---|---|---|---|
| 7/29/04 | Draft statement of facts and preliminary paragraphs for PI Motion | 0.4 | 0.4 | |
| 7/29/04 | Draft PHV Motion and proposed order | 0.4 | 0.0 | Firm admin. |
| 7/29/04 | Review fax from H. Hopkins and incorporate into complaint | 0.6 | 0.6 | |
| 7/29/04 | Edit complaint | 0.2 | 0.2 | |
| 7/29/04 | Research filing issues; assist T. Johnson in drafting summonses | 0.3 | 0.3 | |
| 7/29/04 | Draft complaint | 2.2 | 2.2 | |
| 7/29/04 | Draft verification pages and client agreement | 0.4 | 0.1 | Firm admin. |
| 7/30/04 | Telephone call to H. Hopkins re: her edits to complaint | 0.2 | 0.2 | |
| 8/4/04 | Telephone call to H. Hopkins to discuss complaint, PI Motion, and upcoming filings | 0.2 | 0.2 | |
| 8/9/04 | Review E. Murray's PI brief | 0.3 | 0.3 | |
| 8/10/04 | Telephone call to K. Flanagan to make introduction | 0.2 | 0.2 | |
| 8/11/04 | Review declination of magistrate judge | 0.3 | 0.3 | |
| 8/31/04 | Telephone call to H. Hopkins to provide update | 0.2 | 0.2 | |
| 9/15/04 | Edit PI Memorandum | 1.5 | 1.5 | |
| 9/16/04 | Edit PI Memorandum | 1.8 | 1.8 | |
| 9/24/04 | Edit PI Memorandum | 1.2 | 1.2 | |
| 9/28/04 | Edit PI Memorandum | 0.7 | 0.7 | |
| 9/29/04 | Telephone call to K. Flanagan re: stipulation to amend complaint | 0.2 | 0.2 | |
| 9/29/04 | Read local rules to prepare for filing amended complaint, PI Motion, and service of supplementary materials | 1.4 | 0.0 | Start-up cost |
| 9/29/04 | Telephone call to K. Flanagan re: stipulation to amend complaint and ENE | 0.2 | 0.2 | |

| Date | Description | Hours | Hours | Notes |
|---|---|---|---|---|
| 9/29/04 | Update H. Hopkins on case | 0.2 | 0.2 | |
| 9/30/04 | Draft stipulation and send to opposing counsel | 0.7 | 0.7 | |
| 9/30/04 | Discuss and edit PI brief with E. Murray | 0.3 | 0.3 | |
| 9/30/04 | Draft stipulation and amended verified complaint | 0.5 | 0.5 | |
| 10/1/04 | Telephone call to K. Flanagan re: stipulation to amend complaint | 0.2 | 0.2 | |
| 10/1/04 | Telephone call to H. Hopkins re: signature pages | 0.2 | 0.2 | |
| 10/4/04 | Edit PI brief | 0.8 | 0.8 | |
| 10/5/04 | Telephone call to H. Hopkins re: sending package | 0.2 | 0.2 | |
| 10/18/04 | Edit PI brief | 1.4 | 1.4 | |
| 10/29/04 | Telephone call to K. Flanagan to schedule case management meeting | 0.2 | 0.2 | |
| 10/29/04 | Telephone call to K. Flanagan to schedule case management meeting | 0.2 | 0.2 | |
| 10/29/04 | Review rules for case management statement, conference, and ADR | 0.4 | 0.4 | |
| 11/3/04 | Review local rules for case management conference; prepare for conference with opposing counsel | 0.5 | 0.3 | Start-up cost |
| 11/4/04 | Telephone call to H. Hopkins re: ENE | 0.2 | 0.2 | |
| 11/4/04 | Prepare for conference with opposing counsel | 0.5 | 0.5 | |
| 11/4/04 | Conference call with K. Flanagan re: Rule 26 and Judge's order | 0.6 | 0.6 | |
| 11/8/04 | Draft case management order; send to opposing counsel | 1.6 | 1.6 | |
| 11/9/04 | Draft initial disclosures | 0.9 | 0.9 | |
| | **Total Hours** | 27.8 | 25.5 | |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have read the foregoing Declaration and Itemized Statement and that to the best of my knowledge the facts alleged therein are true and correct.

Executed this 6th day of June, 2005, in Scottsdale, Arizona.

Joshua W. Carden
Attorney