BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (PHV)
Arizona State Bar No. 018848
ELIZABETH A. MURRAY (PHV)
Arizona State Bar No. 022954
Alliance Defense Fund Law Center
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
California State Bar No. 179572
Alliance Defense Fund Law Center
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (951) 461-7860
Fax: (951) 461-9056

TERRY L. THOMPSON
California State Bar No. 199870
Law Offices of Terry L. Thompson
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111 JSW <br><br> **DECLARATION AND ITEMIZED STATEMENT OF MICHELE L. MAGNAGHI IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NONTAXABLE EXPENSES** |

1. I have been employed as a paralegal since June of 2002. I am a Certified Paralegal with the Alliance Defense Fund (ADF), a non-profit public interest law firm. In this capacity, I work exclusively in the area of religious freedom, freedom of expression, and civil rights law. I graduated from the Arizona Paralegal Training Program in May of 2002. I am certified through the National Association of Legal Assistants, as well as a member of the Maricopa Bar Association Paralegal Division.

2. I have expended 11.4 billable hours in this case through May 23, 2005. At a billing rate of $75.00 per hour, this results in a total amount claimed of $855.00 in attorney's fees.

3. The following is an itemized statement of the services that I rendered in this case and the time that I spent performing the services. The itemized statement is based on contemporaneous time records that I kept as I did the work, using a time keeping database and/or written records.

| Paralegal Michele Magnaghi (Through May 23, 2005) | | | | |
|---|---|---|---|---|
| Date | Task | Hours | Adjusted | Notes |
| 7/28/04 | Drafting pro hac vice applications for J. Carden & E. Murray | 0.5 | 0.0 | Firm admin. |
| 7/28/04 | Reviewing local rules | 0.7 | 0.00 | Start-up cost |
| 7/29/04 | E-mail correspondence with acctg. dept. - obtaining new case acct. number | 0.1 | 0.0 | Firm admin. |
| 7/29/04 | Drafting check requests for filing fee & phv motions | 0.3 | 0.0 | Firm admin. |
| 7/29/04 | Preparing Fed Ex to local counsel - checks, complaint, pro hac motions, summonses, etc. | 0.5 | 0.5 | |

| Date | Description | Hours | | Note |
|------|-------------|-------|------|------|
| 7/30/04 | Creating binders (original, working, & correspondence) and litigation drive folders | 0.7 | 0.00 | Firm Admin. |
| 7/30/04 | E-mail from Fed Ex re: delivery confirmation | 0.1 | 0.1 | |
| 7/30/04 | E-mail from J. Carden re: complaint filed | 0.1 | 0.1 | |
| 4/3/04 | Preparing Fed Ex to client | 0.3 | 0.3 | |
| 4/4/04 | E-mail from Fed Ex re: delivery confirmation | 0.1 | 0.1 | |
| 10/25/04 | Drafting Table of Authorities for Preliminary Injunction motion; Proofreading/cite-checking | 2.5 | 2.5 | |
| 10/26/04 | Drafting transmittal letter to court re: chambers copies of MPI, proposed order, & cert. of service; preparing Fed Ex; making copies & filing in binders and on litigation drive | 0.7 | 0.5 | Firm admin. |
| 10/27/04 | E-mail from Fed Ex re: delivery confirmation | 0.1 | 0.1 | |
| 12/28/05 | E-mail correspondence with J. Carden & E. Murray re: calendaring ENE | 0.1 | 0.1 | |
| 1/10/05 | E-mail correspondence with E. Murray re: ECF registration and reply brief local rules | 0.3 | 0.0 | Start-up cost |
| 1/13/05 | Drafting Table of Authorities & Table of Contents (MPI reply) | 1.0 | 1.0 | |
| 1/13/05 | Bates stamping affidavit exhibits (MPI reply) | 0.3 | 0.3 | |
| 1/13/05 | Editing R. Leach's affidavit and e-mailing it to him for review and signature | 0.3 | 0.3 | |
| 1/14/05 | Cross checking Table of Contents & Table of Authorities with E. Murray (MPI reply) | 0.5 | 0.5 | |
| 1/14/05 | Drafting Table of Contents & Table of Authorities with final updates (MPI reply) | 0.3 | 0.3 | |

| Date | Description | | | |
|------|-------------|---|---|---|
| 1/14/05 | Scheduling moot courts for E. Murray | 0.5 | 0.5 | |
| 1/14/05 | E-mail from R. Leach re: affidavit/exhibits | 0.1 | 0.1 | |
| 1/17/05 | Preparing fax and faxing to R. Leach re: affidavit/exhibits | 0.2 | 0.2 | |
| 1/18/05 | Preparing case notebook (all cited opinions, statutes, etc.) for E. Murray for MPI hearing | 1.5 | 1.5 | |
| 1/20/05 | Canceling moot court due to order vacating hearing | 0.2 | 0.2 | |
| 1/20/05 | E-filing Joint Case Management Statement; e-mail to judge; fed ex to ADR Unit | 0.8 | 0.8 | |
| 1/21/05 | Telephone call to Judge Jeffrey S. White's docket clerk Hilary Jackson re: chambers copies of Joint Case Management Statement | 0.1 | 0.1 | |
| 1/21/05 | E-mail from FedEx re: delivery confirmation to ADR Unit | 0.1 | 0.1 | |
| 4/19/05 | Drafting Notice & Motion to Withdraw J. Carden and Proposed Order, and e-filing | 0.7 | 0.0 | Firm admin. |
| 4/19/05 | Drafting pro hac vice application & check request for Gary McCaleb | 0.5 | 0.0 | Firm admin. |
| 4/19/05 | Drafting transmittal letter to court re: chambers copies of e-filed notice & motion to withdraw, proposed order, and notice of e-filing. Also, non-e-filed pro hac application, check, and certificate of service; preparing FedEx; making copies & filing in binders and on litigation drive | 0.5 | 0.0 | Firm admin. |
| 4/26/05 | Scheduling moot courts for E. Murray | 0.5 | 0.5 | |
| 5/9/05 | Ordering and picking up lunch for moot court | 0.5 | 0.5 | |
| 5/10/05 | Ordering lunch for delivery for moot court | 0.2 | 0.2 | |
| | **Total Hours** | 15.9 | 11.4 | |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have read the foregoing Declaration and Itemized Statement and that to the best of my knowledge the facts alleged therein are true and correct.

Executed this 6th day of June, 2005, in Scottsdale, Arizona.

*Michele L. Magnaghi*

Michele L. Magnaghi
Certified Paralegal