BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (PHV)
Arizona State Bar No. 018848
ELIZABETH A. MURRAY (PHV)
Arizona State Bar No. 022954
Alliance Defense Fund Law Center
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
California State Bar No. 179572
Alliance Defense Fund Law Center
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (951) 461-7860
Fax: (951) 461-9056

TERRY L. THOMPSON
California State Bar No. 199870
Law Offices of Terry L. Thompson
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL D. GLOVER, et al.,<br><br>Defendants. | CASE NO. C-04-3111 JSW<br><br>**DECLARATION AND ITEMIZED STATEMENT OF CHAD A. ADAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NONTAXABLE EXPENSES** |

1. I have been employed in various areas of legal practice since 1997-1998. Initially, I worked as a Trustee Liaison for Roup, Loomis & Johnson. I was responsible for managing up to two clerical assistants and hundreds of foreclosure and bankruptcy files throughout the western United States, including Washington, Oregon, California, Arizona, Nevada, Utah, Montana, Idaho, and New Mexico. I also worked as an uncertified paralegal/legal assistant in the litigation department of Warnock, MacKinlay and Associates for approximately six years. Although I worked primarily on personal injury litigation cases, I also performed work on cases in state appellate court, Federal Claims Court, commercial litigation cases, and any other civil litigation case that fell outside of the firm's personal injury civil litigation department. I am currently employed as a legal assistant with the Alliance Defense Fund (ADF), a non-profit public interest law firm. In this capacity, I work exclusively in the area of religious freedom, freedom of expression, and civil rights law.

2. I have expended 8.5 billable hours in this case in preparing the supporting documentation for Plaintiffs' Motion for Attorneys' Fees and Expenses. At a billing rate of $45.00 per hour, this results in a total amount claimed of $382.50 in attorney's fees.

3. The following is an itemized statement of the services that I rendered in this case and the time that I spent performing the services. The itemized statement is based on contemporaneous time records that I kept as I did the work, using a time keeping database and/or written records.

| Legal Assistant Chad Adams (Fee Application Time) | | | | |
|---|---|---|---|---|
| Date | Task | Hours | Adjusted | Notes |
| 7/03/05 | Retrieved costs itemization, copied receipts for all appropriate costs, x-referenced receipts to itemization. | 6.0 | | |
| 7/04/04 | Created spreadsheet of costs, and declaration of my time spent on case. | 2.5 | | |
| | Total Hours | 8.5 | | |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have read the foregoing Declaration and Itemized Statement and that to the best of my knowledge the facts alleged therein are true and correct.

Executed this  6  day of June, 2005, in Scottsdale, Arizona.

*[signature]*
Chad A. Adams
Legal Assistant