1  BENJAMIN W. BULL
   Arizona State Bar No. 009940
2  GARY S. McCALEB (PHV)
3  Arizona State Bar No. 018848
   ELIZABETH A. MURRAY (PHV)
4  Arizona State Bar No. 022954
   Alliance Defense Fund
5  15333 N. Pima Rd., Suite 165
6  Scottsdale, AZ 85260
   Phone: (480) 444-0020
7  Fax: (480) 444-0028

8  ROBERT H. TYLER
9  Alliance Defense Fund
   California State Bar No. 179572
10 38760 Sky Canyon Drive, Suite B
   Murietta, CA 92563
11 Phone: (951) 461-7860
12 Fax: (951) 461-9056

13 TERRY L. THOMPSON
14 Law Offices of Terry L. Thompson
   California State Bar No. 199870
15 P.O. Box 1346
   Alamo, CA 94507
16 Phone (925) 855-1507
17 Fax: (925) 820-6034
   (designated local counsel)
18
19 Attorneys for Plaintiffs

20              IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
21

22 FAITH CENTER CHURCH
   EVANGELISTIC MINISTRIES, et al.,
23                                          CASE NO. C-04-3111 JSW
          Plaintiffs,
24                                          **PLAINTIFFS' SECOND UNOPPOSED**
   v.                                       **MOTION TO EXTEND THE DEADLINE**
25                                          **FOR EARLY NEUTRAL EVALUATION**
   FEDERAL D. GLOVER, et al.,
26
          Defendants.
27

28

1

Under ADR Local Rule 5-5, Plaintiffs, through their counsel, move for leave of Court to extend the deadline for conducting an Early Neutral Evaluation ("ENE") Session. The parties are currently scheduled for an ENE session on June 22, 2005. Defendants recently informed Plaintiffs that they intend to file a Notice of Appeal in this case as a result of this Court's Order Granting Plaintiffs' Motion for a Preliminary Injunction. Consequently, the parties do not believe that ENE will "deliver benefits to the parties sufficient to justify the resources consumed by its use" at this point in the litigation. *See* ADR Local Rule 3-2.

The parties respectfully request that the deadline of June 22, 2005 to conduct an ENE session be postponed until 30 days after the expiration of any time period for appeal of the preliminary injunction, or, if the preliminary injunction order is appealed as Defendants currently intend, until 30 days after all appeals of the preliminary injunction order are completed in this case, whichever is later.

While ADR Local Rule 5-5 states that a motion to extend an ENE deadline shall be made no later than 15 days before the session is to be held, the parties request that the Court waive this requirement because the consideration prompting this motion is a recent development. Also, Plaintiffs notified the Evaluator that they would be filing a motion concerning the ENE date, in order to avoid the needless expenditure of the Evaluator's time in preparation for the June 22, 2005 ENE session.

In addition, Plaintiffs request that the Court waive the requirement under Local Rule 7-2 that this motion be noticed for hearing not less than 35 days after service of the motion. Due to the timing of the ENE session, the Court's recent order, and Defendants' decision to appeal, Plaintiffs respectfully request that the Court rule on this matter prior to the June 22, 2005 ENE session.

The parties concur in this request.

For these reasons, Plaintiffs respectfully request that the Court grant this second unopposed motion to extend the deadline for ENE.

Respectfully submitted this 13th of June, 2005.

By: <u>/s/ Elizabeth A. Murray</u>
Attorney for Plaintiffs