IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH
EVANGELISTIC MINISTRIES, et al.,

    Plaintiffs,

v.

FEDERAL D. GLOVER, et al.,

    Defendants.

CASE NO. C-04-3111 JSW

[PROPOSED] ORDER GRANTING PLAINTIFFS' SECOND UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR EARLY NEUTRAL EVALUATION

Upon the Court's thorough review of the motion and consideration of all matters brought before this Court relative to the motion, Plaintiffs' Second Unopposed Motion to Extend the Deadline for ENE is hereby GRANTED. An ENE session shall be held within 30 days after the expiration of any time period for appeal of the preliminary injunction, or, if the preliminary injunction order is appealed, within 30 days after all appeals of the preliminary injunction are completed in this case, whichever is later.

June 13, 2005

By:   /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1