| | |
|---|---|
| 1 | SILVANO B. MARCHESI (State Bar No. 42965) |
| | County Counsel |
| 2 | KELLY M. FLANAGAN (State Bar No. 145018) |
| | Deputy County Counsel |
| 3 | DANIELLE R. MERIDA (State Bar No. 217465) |
| | Deputy County Counsel |
| 4 | COUNTY OF CONTRA COSTA |
| | 651 Pine Street, 9th Floor |
| 5 | Martinez, California 94553-1288 |
| | Telephone: (925) 335-1841 |
| 6 | Facsimile: (925) 646-1078 |

Attorneys for Defendants/Appellants

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FAITH CENTER CHURCH EVANGELISTIC ) No.
MINISTRIES, et al.1, )
 )
 ) D.C. # C 04-03111 JSW
 Plaintiffs/Appellees, ) (N.D. Cal. San Francisco)
 )
 v. )
 )
 )
FEDERAL GLOVER, et al., )
 )
 Defendants/Appellants. )

**REPRESENTATION STATEMENT**

The undersigned represent Federal Glover, Mark DeSaulnier, John M. Gioia, Millie Greenberg, Gayle B. Uilkema, John Sweeten, Anne Cain, Patty Chan and Laura O'Donohue, defendants and appellants in this matter, and no other parties. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address

///

///

---

REPRESENTATION STATEMENT

PAGE 1

| | |
|---|---|
| 1 | and telephone number. (F.R.A.P. 12(b); Circuit Rule 3-2(b).) |
| 2 | Dated: June 16, 2005 |

SILVANO B. MARCHESI
County Counsel

By: *[signature]*
Kelly M. Flanagan
Deputy County Counsel
Danielle R. Merida
Deputy County Counsel
651 Pine Street, 9th Floor
Martinez, California 94553
(925) 335-1800

# SERVICE LIST

*Faith Center Church Evangelistic Ministries, et al. v. Glover, et al.*
U.S.D.C. (N.D. Cal.) Case No. C 04-03111 JSW

*Attorneys for Plaintiffs/Appellees Faith Center Church Evangelistic Ministries and Hattie Hopkins:*

Benjamin W. Bull
Gary S. McCaleb
Elizabeth A. Murray
Alliance Defense Fund
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Tel: (480) 444-0020
Fax: (480) 444-0028

Robert H. Tyler
Alliance Defense Fund
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Tel: (909) 461-7860
Fax: (909) 461-9056

Terry L. Thompson
Law Offices of Terry L. Thompson
P.O. Box 1346
Alamo, CA 94507
Tel: (925) 855-1507
Fax: (925) 820-6034

*Attorneys for Defendants/Appellants Federal Glover, Mark DeSaulnier, John M. Gioia, Millie Greenberg, Gayle B. Uilkema, John Sweeten, Anne Cain, Patty Chan and Laura O'Donohue:*

Silvano B. Marchesi, County Counsel
Kelly M. Flanagan, Deputy County Counsel
Danielle R. Merida, Deputy County Counsel
County of Contra Costa
651 Pine Street, 9th Floor
Martinez, California 94553
Tel: (925) 335-1800
Fax: (925) 646-1078