1  BENJAMIN W. BULL
   Arizona State Bar No. 009940
2  GARY S. McCALEB (PHV)
   Arizona State Bar No. 018848
3  ELIZABETH A. MURRAY (PHV)
4  Arizona State Bar No. 022954
   Alliance Defense Fund
5  15333 N. Pima Rd., Suite 165
   Scottsdale, AZ 85260
6  Phone: (480) 444-0020
7  Fax: (480) 444-0028

8  ROBERT H. TYLER
   California State Bar No. 179572
9  Alliance Defense Fund Law Center
   38760 Sky Canyon Drive, Suite B
10 Murietta, CA 92563
11 Phone: (951) 461-7860
   Fax: (951) 461-9056
12
   TERRY L. THOMPSON
13 California State Bar No. 199870
   Law Offices of Terry L. Thompson
14 P.O. Box 1346
15 Alamo, CA 94507
   Phone (925) 855-1507
16 Fax: (925) 820-6034
   (designated local counsel)
17

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111 JSW <br><br> **NOTICE OF WITHDRAWAL OF MOTION AND JOINT STIPULATION TO CHANGE THE TIME FOR PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS** |

**NOTICE OF WITHDRAWAL OF MOTION**

Pursuant to Civil L.R. 7-7, Plaintiffs, by and through counsel, withdraw their Motion for Attorneys' Fees and Nontaxable Expenses and the documents simultaneously filed in support thereof and request that the Court remove the motion from its calendar on July 29, 2005, if the Court orders the following Joint Stipulation to Change the Time for Plaintiffs' Application for Attorneys' Fees and Costs.

**JOINT STIPULATION TO CHANGE THE TIME FOR PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Civil L.R. 6-2 and 7-12, the parties, by and through counsel, respectfully request in this joint stipulation an order from the Court to change the time for Plaintiffs to file their application for attorneys' fees and costs under 42 U.S.C. § 1988, if the Plaintiffs are prevailing parties, until 30 days after the expiration of any time period for appeals, or, if the decision is appealed, until 30 days after all appeals are completed in this case, whichever is later. For the purpose of this joint stipulation, the term "appeals" includes the time period to file a petition for a writ of certiorari to the United States Supreme Court, resolution of the case at the United States Supreme Court, and entry of final judgment on remand in district court, whichever is later.

The reason for the request is to delay final consideration of attorneys' fees and costs until all other court action in this case is completed. The parties seek to avoid the unnecessary expenditure of time and cost for the parties and this Court by preventing re-litigation of an interim fee award at the conclusion of the case.

There have been two previous time modifications in this case. In response to an unopposed motion by the Plaintiffs, this Court modified by court order the deadline for conducting an Early Neutral Evaluation ("ENE") Session from March 10, 2005 until 30 days

after this Court's ruling on Plaintiffs' Motion for Preliminary Injunction, which occurred on May 23, 2005. Again, on June 13, 2005, this court modified the deadline for conducting ENE until 30 days after all appeals of the preliminary injunction are completed in this case.

The parties do not anticipate that the requested time modification will affect the schedule for the case because the modification concerns the schedule for post-judgment case activity.

**CERTIFICATE OF SERVICE**

The undersigned counsel for the Plaintiffs certifies that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to Kelly M. Flanagan and Danielle R. Merida of the Office of the Contra Costa County Counsel. Pursuant to this Court's Standing Orders, a Chambers Copy was sent to the Clerk of the Court by overnight Federal Express, on the 30th day of June, 2005.

Respectfully submitted by,

/s/ Elizabeth A. Murray          Date: June 30, 2005
Attorney for Plaintiffs

/s/ Kelly M. Flanagan            Date: June 30, 2005
Attorney for Defendants

**ATTESTATION**

I, Elizabeth A. Murray, hereby attest that concurrence in the filing of this document was obtained from Kelly Flanagan.

/s/ Elizabeth A. Murray          Date: June 30, 2005
Attorney for Plaintiffs

1 **PROPOSED ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on the Motion for

3 Attorneys' Fees is VACATED. The Clerk is directed to terminate the motion as withdrawn.

/s/ Jeffrey S. White                              Date: July 1, 2005            , 2005.
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE