1  BENJAMIN W. BULL, AZ Bar #009940
   GARY S. McCALEB, AZ Bar #018848 (PHV)
2  Alliance Defense Fund
3  15333 N. Pima Rd., Suite 165
   Scottsdale, AZ 85260
4  Phone: (480) 444-0020
   Fax: (480) 444-0028
5

6  ELIZABETH A. MURRAY, AZ Bar #022954 (PHV)
   Alliance Defense Fund
7  801 G Street NW, Suite 509
   Washington, DC 20001
8  Phone: (202) 637-4610
9  Fax: (202) 347-6322

10 TIMOTHY D. CHANDLER, CA Bar #234325
   Alliance Defense Fund
11 101 Parkshore Dr., Suite 155
12 Folsom, CA 95630
   Phone: (916) 932-2850
13 Fax: (916) 932-2851

14
   TERRY L. THOMPSON, CA Bar #199870
15 Law Offices of Terry L. Thompson
   P.O. Box 1346
16 Alamo, CA 94507
17 Phone (925) 855-1507
   Fax: (925) 820-6034
18 (designated local counsel)

19 Attorneys for Plaintiffs

20
21              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
22
   FAITH CENTER CHURCH
23 EVANGELISTIC MINISTRIES, et al.,
                                           CASE NO. C-04-3111 JSW
24         Plaintiffs,
                                           **NOTICE OF CHANGE OF COUNSEL
25   v.                                    AND CHANGE OF FIRM ADDRESS**

26 FEDERAL D. GLOVER, et al.,
27         Defendants.
28

1

PLEASE TAKE NOTICE that Robert H. Tyler is no longer associated with the firm of the Alliance Defense Fund and Timothy D. Chandler will be included among Alliance Defense Fund attorneys representing plaintiffs, Faith Center Church Evangelistic Ministries, et al., in the above-captioned matter. Mr. Chandler was admitted to practice before this Court on December 10, 2004, and may be contacted at: Alliance Defense Fund, 101 Parkshore Dr., Suite 155; Folsom, CA 95630. His telephone number is (916) 932-2850 and his facsimile number is (916) 932-2851.

Elizabeth A. Murray will continue to represent plaintiffs in this case. Her firm address has changed to: Alliance Defense Fund, 801 G Street, NW, Suite 509; Washington, DC 20001. Her telephone number is (202) 637-4610 and her facsimile number is (202) 347-6322.

Messrs. Bull, McCaleb, and Thompson's contact information remains unchanged.

Respectfully submitted this 2nd day of September, 2005.

By: /s/ Elizabeth A. Murray
Attorney for Plaintiffs