BENJAMIN W. BULL, AZ Bar #009940
GARY S. McCALEB, AZ Bar #018848
Alliance Defense Fund
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ELIZABETH A. MURRAY, AZ Bar #022954
Alliance Defense Fund
801 G Street NW, Suite 509
Washington, DC 20001
Phone: (202) 637-4610
Fax: (202) 347-6322

TIMOTHY D. CHANDLER, CA Bar #234325
Alliance Defense Fund
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Phone: (916) 932-2850
Fax: (916) 932-2851

TERRY L. THOMPSON, CA Bar #199870
Law Offices of Terry L. Thompson
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111 JSW <br><br> **NOTICE OF CHANGE OF ADDRESS** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Timothy D. Chandler's firm address has changed to |
| 2 | Alliance Defense Fund, 101 Parkshore Dr., Suite 100; Folsom, CA 95630. His telephone |
| 3 | number is (916) 932-2850 and his facsimile number is (916) 932-2851. Mr. Chandler may |
| 4 | |
| 5 | continue to be served electronically at tchandler@telladf.org |
| 6 | Respectfully submitted this 18th day of August, 2006. |

By: /s/ Timothy D. Chandler
Attorney for Plaintiffs

## PROOF OF SERVICE BY ELECTRONIC FILING

I am more than eighteen years old and not a party to this action. My place of employment and business address is Alliance Defense Fund, 101 Parkshore Drive, Suite 100; Folsom, California 95630.

On August 18, 2006, I filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court will send electronic notification of such filing to:

**Silvano B. Marchesi, County Counsel**
**Kelly M. Flanagan, Deputy County Counsel**
**Danielle R. Merida, Deputy County Counsel**
Office of the County Counsel
Contra Costa County
651 Pine Street, 9th Floor
Martinez, California 94553
Tel: 925-335-1800
Fax: 925-646-1078
(Attorneys for Defendents Federal D. Glover, Mark DeSaulnier, John M. Gioia, Millie Greenberg, Gayle B. Uilkema, John Sweeten, Anne Cain, Patty Chan, and Laura O'Donahue)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 18, 2006, in Folsom, California.

_Michele L. Magnaghi_
Michele L. Magnaghi, Paralegal