**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

April 11, 2007

CASE NUMBER: **CV 04-03111 JSW**
CASE TITLE: **Faith Center Church Evengelist Ministries-v- Glover**
DATE MANDATE FILED: 4/10/07

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by: Hilary D. Jackson
Case Systems Administrator

Distribution: CIVIL     -     Counsel of Record

CRIMINAL  -  Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16