IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.

Plaintiffs,

v.

FEDERAL D. GLOVER, et al.

Defendants.

No. C 04-03111 JSW

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

The Court has received the judgment of the Court of Appeals reversing in part, vacating in part, and remanding this Court's Order granting Plaintiffs motion for a preliminary injunction, as well as the mandate. Having received the mandate, the Court HEREBY ORDERS the parties to appear for a case management conference on Friday, May 11, 2007 at 1:30 p.m.

The parties are HEREBY ORDERED to meet and confer in advance of this case management conference and to submit a joint case management conference statement by no later than April 27, 2007. The Court orders the parties to follow the format required by the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case Management Statement* - which can be found on the Court's website located at http://www.cand.uscourts.gov. *See* N.D. Civ. L.R. 16-9.

The Court also orders the parties to meet and confer regarding their positions on the scope of the preliminary injunction and, if the parties can agree upon an appropriate injunction,

to submit a stipulation and proposed form of injunction to the Court by no later than April 27, 2007. If the parties are unable to agree, they should submit their respective positions within the case management statement.

**IT IS SO ORDERED.**

Dated: April 12, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE