IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH
EVANGELISTIC MINISTRIES, et al.,

CASE NO. C-04-3111 JSW

Plaintiffs,

**[PROPOSED]** ORDER

v.

FEDERAL D. GLOVER, et al.,
Defendants.

PURSUANT TO STIPULATION, IT IS SO ORDERED. The above-captioned matter shall be removed from the Court's Alternative Dispute Resolution Multi-Option Program until after the expiration of any time period for filing a Petition for a Writ of Certiorari with the U.S. Supreme Court or, if such a Petition is filed, until after the U.S. Supreme Court has fully disposed of the matter.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Date: May 16, 2007

1