1 | ALLIANCE DEFENSE FUND
BENJAMIN W. BULL
2 | Arizona State Bar No. 009940
3 | GARY S. McCALEB (admitted *pro hac vice*)
Arizona Bar No. 018848
4 | 15333 North Pima Road, Suite 165
Scottsdale, AZ 85260
5 | Phone: (480) 444-0020; Fax: (480) 444-0028

6

7 | ALLIANCE DEFENSE FUND
TIMOTHY D. CHANDLER
8 | California Bar No. 234325
101 Parkshore Dr., Suite 100
9 | Folsom, CA 95630
Phone: (916) 932-2850; Fax: (916) 932-2851

10

11 | LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
12 | California State Bar No. 199870
P.O. Box 1346
13 | Alamo, CA 94507
Phone: (925) 855-1507; Fax: (925) 820-6034
14 | (designated local counsel)

15 | Attorneys for Plaintiffs

16

17 | COUNTY OF CONTRA COSTA
CYNTHIA A. SCHWERIN
18 | California State Bar No. 204198
THOMAS L. GEIGER
19 | California State Bar No. 199729
20 | 651 Pine Street, 9th Floor
Martinez, CA 94553-1228
21 | Phone: (925) 335-1800; Fax: (925) 646-1078

22 | Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., | CASE NO. C-04-3111 JSW |
|---|---|
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| FEDERAL D. GLOVER, et al., | |
| Defendants. | |

Joint Status Report
Case No. C-04-3111 JSW

1

1       In accordance with this Court's April 24, 2007 Order, the parties hereby submit this joint status report notifying the Court that the Supreme Court denied Plaintiffs' petition for writ of certiorari, which fully disposes of all matters on appeal in this case. The parties respectfully request the Court schedule a new Case Management Conference and set a deadline for filing a joint case management statement.

      Respectfully submitted this 31st day of October, 2007.

| By: s/Timothy D. Chandler | By: s/Cynthia A. Schwerin |
|---|---|
| Timothy D. Chandler | Cynthia A. Schwerin, Deputy County Counsel |
| Attorney for Plaintiffs | Attorney for Defendants |

      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (s/) within this efiled document.

By: s/Timothy D. Chandler
Attorney for Plaintiffs