IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH EVANGELIST MINISTRIES, et al.,

    Plaintiffs,

v.

GLOVER, et al.,

    Defendants.

No. C 04-03111 JSW

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

    The Court has received the parties' joint status report, in which they advise the Court that all matters relating to the interlocutory appeal have been resolved. Accordingly, the Court HEREBY ORDERS the parties to appear for a case management conference on November 30, 2007 at 1:30 p.m. for a case management conference. A joint case management conference statement shall be due on November 21, 2007.

    **IT IS SO ORDERED.**

Dated: October 31, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE