BENJAMIN W. BULL, AZ SBN 009940
GARY S. McCALEB, AZ SBN 018848 (admitted *pro hac vice*)
Alliance Defense Fund
15100 North 90th Street
Scottsdale, AZ 85260
Phone: (480) 444-0020; Fax: (480) 444-0028

TIMOTHY D. CHANDLER, CA SBN 234325
Alliance Defense Fund
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Phone: (916) 932-2850; Fax: (916) 932-2851

TERRY L. THOMPSON, CA SBN 199870
Law Offices of Terry L. Thompson
P.O. Box 1346
Alamo, CA 94507
Phone: (925) 855-1507; Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.,**<br><br>    **Plaintiffs,**<br>v.<br>**FEDERAL D. GLOVER, et al.,**<br>    **Defendants.** | **CASE NO. C-04-3111 JSW**<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that Benjamin W. Bull's and Gary S. McCaleb's firm address has changed to Alliance Defense Fund, 15100 North 90th Street; Scottsdale, Arizona 85260. Their telephone and fax numbers remain unchanged, and they may continue to be served electronically at bbull@telladf.org and gmccaleb@telladf.org.

Respectfully submitted this 6th day of November, 2007.

By: <u>s/Timothy D. Chandler</u><br>Attorney for Plaintiffs

1