IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br> v. <br> FEDERAL D. GLOVER, et al., <br> Defendants. | CASE NO. C-04-3111 JSW <br><br> [PROPOSED] <br> **CASE MANAGEMENT ORDER** |

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders: The parties shall be permitted to engage in discovery. The case management conference set for November 30, 2007 is CONTINUED to January 25, 2008 at 1:30 p.m. The parties shall submit a further case management statement with a proposed dates by January 18, 2008.

Dated: November 26, 2007

UNITED STATES DISTRICT JUDGE JEFFERY S. WHITE