IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., Plaintiffs, v. FEDERAL D. GLOVER, et al., Defendants. | CASE NO. C-04-3111 JSW<br><br>**[PROPOSED] ORDER** |
|---|---|

PURSUANT TO STIPULATION, IT IS SO ORDERED. The parties shall file dispositive motions no later than September 8, 2008.

_____          Date: _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1