# EXHIBIT G

CONTRA COSTA COUNTY LIBRARY
APPLICATION AND PERMIT FOR USE OF MEETING ROOM

| | |
|---|---|
| Name of Library: | Antioch |
| Date of Meeting: | ~~Thurs~~ July 20 flexible |
| Time of Meeting: | From: 10 Am To: 2 pm Total Time: 4 |
| Name of Applicant: | DR. MIA WHITE |
| Name of Organization: | Mensa® |
| Purpose of Organization: | genius society |
| Purpose of Meeting: | facilitate testing |

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that: (name of person) MIA WHITE shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from an[illegible] whatsoever arising directly or indirectly from or connected with the operations or services of (name of [illegible] WHITE or its agents, servants, em[illegible] eunder, save and except claims or litigation arising through the sole negligence or [illegible] County or its office[illegible]

(Name of Person) [illegible] will reimburse Cont[illegible] including reasonab[illegible] may make by reason [illegible] of this indemnific[illegible] County, will defend [illegible] indemnification expense of (name of p[illegible]

#12 registration fee paid National Mensa office

#12 reg. fee not - approved save in files

Dr. White contacted by phone 5/23/07 11:40am left mess. GG

Signature: Mia White

Date: May 17, 2007

Position in Organization: Proctor

Home Address: 3500 Briarwood Antioch, CA 9450[illegible]

Home Telephone: (925) 778-3890

Business Address:

Business Telephone

-- For Library Use Only --

**Non Fee Use** ☐ Approved ☒ Not Approved

Reason:

**Fee Based Use** ☐ Approved ☐ Not Approved

Reason:

Amount of Fee Received: Received by:

Librarian in Charge: Date:



Form 3-12 (Revised February 12, 2007) http://staffnet.ccclib.org/dc/Documentation/Forms/Application & Permit to Use Meeting Room (3-12 Revised February 2007).DOC

Contra Costa County Library

APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Rescheduled to 9-17 @ 7:00

Name of Library: Antioch Library

Date of Meeting: Wed Sept 12, 2007

Time of Meeting: From 7pm To 9pm Total time 2 hrs

Name of Applicant: Jenness Hanson

Name of Organization: Delta Group of Sierra Club

Purpose of Organization: environmental education

Purpose of Meeting: general program meeting

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that Jenness Hanson *(name of person)* shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of Jenness Hanson *(name of person)* or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. Jenness Hanson *(name of person)* will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of Jenness Hanson *(name of person)*

Signature: Jenness Hanson  Date: July 3, 2007

Position in organization: secretary

Home address: 431 Seney Rd, Bay Point CA 94565  Phone: 925 458 0860

~~Business address~~  Phone:

-- For Library Use Only --

Non Fee Use

Approved ☐

Not Approved ☑ Reason: room not available

8/7/07 TC from Jeness - avail date reserved - SK

Fee Based Use

Approved ☐

Not Approved ☐ Reason:

Amount of Fee Received: ________ Received by: ________

Librarian in charge ________ Date ________

C-10 [illegible]

Form 3-12 (revised 8/92)

Contra Costa County Library

## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library Antioch Library
Date of Meeting 2nd Thursday of each month for " December 13th
Time of Meeting: From 7:00 PM To 9:00 PM Total time 2 hours
Name of Applicant UC Regents
Name of Organization Contra Costa County 4-H Youth Development Program
Purpose of Organization 4-H Youth Development Program
Purpose of Meeting Business/Group discussion for county 4-H and Delta-Diablo 4-H Club

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that UC Regents (*name of person*) shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of UC Regents (*name of person*) or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. UC Regents (*name of person*) will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and ~~if requested by Contra Costa County~~, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of UC Regents (*name of person*).

Signature [signature] Date 6/20/07
Position in organization County Director
Home address ________ Phone ________
Business address 75 Santa Barbara Rd. 2nd Fl Phone 925-646-6543

**– For Library Use Only –**

Non Fee Use
Approved ☐
Not Approved ☒ Reason: booked by ANT Friends

Fee Based Use
Approved ☐
Not Approved ☐ Reason: ________
Amount of Fee Received: ________ Received by: ________

Librarian in charge [signature] Date 10-12-07

# Contra Costa County Library

## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Not available

Thursday

Name of Library CONTRA COSTA LIBRARY - ANTIOCH
Date of Meeting MONDAY SEPTEMBER 26, 2005 29
Time of Meeting: From 5pm To 7:30pm Total time 2.5 HOURS

Name of Applicant SANDRA JONES - FOSTER PARENT RECRUITER
Name of Organization FAMILIES FIRST
Purpose of Organization FOSTER FAMILY AGENCY
Purpose of Meeting TO PROVIDE INFORMATION TO PROSPECTIVE FOSTER FAMILIES

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that FAMILIES FIRST shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of FAMILIES FIRST or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. FAMILIES FIRST will reimburse Contra Costa County for any expenditures, including reasonable attorneys fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of FAMILIES FIRST.

Signature [signature] Date 8/16/05

Position in organization FOSTER PARENT RECRUITER

Home address _______________ Phone _______________

Business address 2100 5TH ST DAVIS, CA 95616 Phone 530-747-3177

-- For Library Use Only --

Non-Fee Use
Approved ☐
Not Approved ☐ Reason

Fee Based Use
Approved ☐
Not Approved ☐ Reason
Amount of Fee Received Received by

Librarian in charge Date

## Contra Costa County Library

### APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library Antioch
Date of Meeting January 10, 2006 Tues
Time of Meeting: From 7 pm To 9 pm Total time 2Hrs.
Name of Applicant Deems Paxton For: Springwood East Homeowners Association
Name of Organization Springwood East Homeowners Association
Purpose of Organization Homeowners Association
Purpose of Meeting Homeowners Association Meeting

I, Deems Paxton, have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that Deems Paxton (*name of person*) shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of Deems Paxton (*name of person*) or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees.

Deems Paxton (*name of person*) will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of Deems Paxton (*name of person*).

Signature [signature] Date 12/19/05
Position in organization Association Manager
Home address ______ Phone ______
Business address 1220 Melody Lane, Suite 180 Phone (916) 786-6000 Ext. 310

**— For Library Use Only --**

Non Fee Use
Approved
Not Approved Reason: ______

Fee Based Use
Approved
Not Approved Reason: ______
Amount of Fee Received: ______ Received

Librarian in charge ______

not available
please call
thanks!
GG
12/20/05 LM - JH

# Contra Costa County Library

## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

VOID

Name of Library Antioch
Date of Meeting April 17th 2006
Time of Meeting: From 7:00pm To 9:00 Total time 2Hrs
Name of Applicant Summit View HOA - Deems Paxton Association Manager
Name of Organization Summit View HOA
Purpose of Organization Homeowners Association
Purpose of Meeting Homeowners Meeting

I, Deems Paxton, have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that Deems Paxton – Summit View HOA shall defend, indemnify, save, and hold *(name of person)* harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of Deems Paxton – Summit View HOA *(name of person)* or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees.

Deems Paxton – Summit View HOA
*(name of person)*
will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of Deems Paxton – Summit View HOA.
*(name of person)*

Signature [signature] Date 3/22/06
Position in organization Manager
Home address ______ Phone 916-786-6000 EXT 310
Business address ______ Phone ______

Library Use Only

not available - please call Thanks! G

Non Fee Use
Approved
Not Approved

Fee Based Use
Approved
Not Approved
Amount of Fee R

Librarian in char

Contra Costa County Library

# APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library Antioch Library
Date of Meeting Dec. 9, 2006
Time of Meeting: From 6:30 To 9:00 Total time 2 ½ hrs
Name of Applicant ~~HAL~~ Lee Morningstar
Name of Organization HALO
Purpose of Organization ~~Board mtg~~ Animal Rescue
Purpose of Meeting Board meeting

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that Lee Morningstar (name of person) shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever, arising directly or indirectly from or connected with the operations or services of ~~HALO~~ Lee Morningstar (name of person) or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. Lee Morningstar (name of person) will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of Lee Morningstar (name of person)

Signature Lee Morningstar Date 10-28-06
Position in organization Secretary
Home address 2838 Rio Grande Phone 757-4950
Business address " Phone

Void

-- For Library Use Only --

Non Fee Use
Approved ☐
Not Approved

please call and tell them it's not available but it seems the morning now is

Fee Based Use
Approved ☐
Not Approved
Amount of Fee

Thanks! G

Librarian in charge

LM 11/15 JH

Contra Costa County Library

APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Rescheduled to 9-17 @ 7:0

Name of Library Antioch Library

Date of Meeting Wed Sept 12, 2007

Time of Meeting: From 7 pm To 9 pm Total time 2 hrs

Name of Applicant Jeness Hanson

Name of Organization Delta Group of Sierra Club

Purpose of Organization environmental education

Purpose of Meeting general program meeting

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that Jeness Hanson (name of person) shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of Jeness Hanson (name of person) or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. Jeness Hanson (name of person) will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of Jeness Hanson (name of person).

Signature Jeness Hanson Date July 3, 2007

Position in organization secretary

Home address 431 Lenee Rd Phone 925 458 0860

~~Business address~~ Bay Point CA 94565 Phone

-- For Library Use Only --

Non Fee Use

Approved ☐

Not Approved ☑ Reason: room not available

Fee Based Use

Approved ☐

Not Approved ☐ Reason:

8/7/07 TC from Jeness aiea 7 has rescheduled - SH

Amount of Fee Received: Received by:

Librarian in charge Date

Form 3-12 (revised 8/92)

58

existing program that day

Contra Costa County Library

**APPLICATION AND PERMIT FOR USE OF MEETING ROOM**

Name of Library Antioch Library

Date of Meeting 2nd Thursday of each month for March 8, 2007

Time of Meeting: From 7:00 PM To 9:00 PM Total time 2 hours

Name of Applicant UC Regents

Name of Organization Contra Costa County 4-H Youth Development Program

Purpose of Organization 4-H Youth Development Program

Purpose of Meeting Business/Group discussion for county 4-H and Delta-Diablo 4-H Club

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that UC Regents *(name of person)* shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of UC Regents *(name of person)* or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. UC Regents *(name of person)* will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, ~~and if requested by Contra Costa County~~, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of UC Regents *(name of person)*

Signature [signature] Date 2/8/07

Position in organization County Director

Home address ____ Phone ____

Business address 75 Santa Barbara Rd. 2nd Fl Phone 925-646-6543

**-- For Library Use Only --**

Non Fee Use

Approved ☐

Not Approved ☐ Reason: previously scheduled & approved program that evening

Fee Based Use

Approved ☐

Not Approved ☐ Reason: ____

Amount of Fee Received: ____ Received by: ____

Librarian in charge [signature] Date 2-16-07

program that evening

Contra Costa County Library

## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library Antioch Library

Date of Meeting 2nd Thursday of each month for April 12, 2007

Time of Meeting: From 7:00 PM To 9:00 PM Total time 2 hours

Name of Applicant UC Regents

Name of Organization Contra Costa County 4-H Youth Development Program

Purpose of Organization 4-H Youth Development Program

Purpose of Meeting Business/Group discussion for county 4-H and Delta-Diablo 4-H Club

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that UC Regents (name of person) shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of UC Regents (name of person) or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. UC Regents (name of person) will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and ~~if requested by Contra Costa County~~, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of UC Regents (name of person)

Signature Shelley Mendoza Date 2/8/07

Position in organization County Director

Home address Phone

Business address 75 Santa Barbara Rd. 2nd Fl Phone 925-646-6543

– For Library Use Only –

Non Fee Use
Approved ☐
Not Approved ☒ Reason: ~~[illegible]~~ previously scheduled & approved program

Fee Based Use
Approved ☐
Not Approved ☐ Reason: Received by:
Amount of Fee Received:

Librarian in charge L. Mallin Date 2-16-07

(FAX) 427-8543

# CONTRA COSTA COUNTY LIBRARY
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library: Antioch Public Library
Date of Meeting: June 2nd 2007
Time of Meeting: From: 9:00 AM To: 4:00 pm Total Time: 7 Hrs
Name of Applicant: Angela Poole / Tanya Nott
Name of Organization: Delta Valley Youth Football + Cheer
Purpose of Organization: Non-Profit Community Youth Sports
Purpose of Meeting: CPR / First Aid Class

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that (name of person) DVYF shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of (name of person) DVYF or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees.

(Name of Person) DVYF will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of (name of person) DVYF.

Signature: [signature] Poole
Date:
Position in ... [illegible]

called left message 5/25/07 [illegible]

Rd.

Tree Way #1045
[illegible] 94531

...nly –

Not ... not available
Reason
Fee Ba... ...pproved
Reason:
Amount of Fe... Received by:
Librarian in Charge: [signature] Date: 5/25/07

Form 3-12 (Revised February 12, 2007)

Contra Costa County Library

APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library Antioch Library
* Date of Meeting 01/09/2007. 1-16 (Tuesday)
Time of Meeting: From 7:00 pm To 9:00 pm Total time 2 hrs
Name of Applicant F. ETEMAD
Name of Organization LONE TREE GLEN HOA
Purpose of Organization HOA
Purpose of Meeting Board Meeting

Teen db class 5-8

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that F. Etemad *(name of person)* shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of F. Etemad *(name of person)* or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. F. Etemad *(name of person)* will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of F. Etemad *(name of person)*

* Signature [signature] Date
Position in organization Manager.
Home address 6333 Sierra Ct, Dublin, CA 94568 Phone 925 829-8999 ext 202
Business address Phone

-- For Library Use Only --

Non Fee Use
Approved
Not App...

Fee Basi...
Approve...
Not Appro...
Amount of ...

by:

Librarian in ch...

Called back 12/28 @ 2:45 pm

J: can you notify? Thanks Kathy

Rescheduled to Tues 1/16

will refax with new info

J

12/23 LM - JH

Form 3-12 (revised