

# EXHIBIT H

12/12 26 PM

# Contra Costa County Library

## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library ANTIOCH Library

Date of Meeting 1/22/2003

Time of Meeting: From 12 Noon To 6 pm Total time 6 hrs

Name of Applicant Khadim Shah AHMADIYYA MUSLIM Com

Name of Organization A. M. Com - Pittsburg

Purpose of Organization meeting & EXHIBITION

Purpose of Meeting "

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that Khadim Shah (*name of person*) shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of " (*name of person*) or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. " (*name of person*) will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of " (*name of person*).

Signature Khadim Shah Date 1/18/2003

Position in organization President (Seniors)

Home address ______ Phone 925-260-6589

Business address 520 Pacifica Avenu Bay Point (CA 94565) Phone 925-458-9098

**-- For Library Use Only --**

Non Fee Use

Approved ☑

Not Approved ☐ Reason: ______

Fee Based Use

Approved ☐

Not Approved ☐ Reason: ______

Amount of Fee Received: ______ Received by: ______

Librarian in charge P. Cl[illegible] Date 1/18/03

*Make a donation to Wikipedia and give the gift of knowledge!*

# Ahmadiyya Muslim Community

From Wikipedia, the free encyclopedia



Liwa-e-Ahmadiyya, Flag of Ahmadiyya Muslim Community

The **Ahmadiyya Muslim Community** (Arabic: الجماعة الأحمدية; transliterated: *al-Jamā'a al-Ahmadīya*) is the larger community of the two arising from the Ahmadiyya movement founded in 1889 by Mirza Ghulam Ahmad of Qadian (1835-1908). The original movement split into two factions soon after the death of the founder. (The second branch is Lahore Ahmadiyya Movement, *Ahmadiyya Anjuman Ishaat-i-Islam.*)

The *Ahmadiyya Muslim Community* is guided by the Khalifa (Caliph), currently Khalifatul Masih V, who is believed to be the spiritual leader of Ahmadis and the successor to Mirza Ghulam Ahmad. He is called the Khalifatul Masih (successor of the Messiah).

Mirza Ghulam Ahmad was the founder of the Ahmadiyya movement. He declared that he was the "Promised One" of all religions, fulfilling the messianic prophecies found in world religions. [1] He stated that his claims to being several messiahs converging into one person were the symbolic, rather than literal, fulfillment of the messianic and eschatological prophecies found in the literature of the major religions. [1] The motto of the Ahmadiyya Muslim Community is *"Love for All Hatred for None"*. [2]

Part of a series of articles on

**Ahmadiyya Islam**

**Mirza Ghulam Ahmad**
Prophecies · Claims · Death · Writings

**Views & Belief**
Five Pillars of Islam · Qur'an · Sunnah · Hadith · Jesus · Prophethood · Jihad · Caliphate

**Khalifatul Masih** of the **Ahmadiyya Muslim Community**
Noor-ud-Din · Mirza Basheer-ud-Din Mahmood Ahmad · Mirza Nasir Ahmad · Mirza Tahir Ahmad · Mirza Masroor Ahmad
see also: Lahore Ahmadiyya Movement

**Literature**
Barahin-e-Ahmadiyya · Commentary on Surah Al-Fateha · The Philosophy of the Teachings of Islam · Malfoozat · Tafseer-e-Kabeer · Revelation, Rationality, Knowledge & Truth

**Buildings and Structures**
White Minaret · Mubarak Mosque · Baitul Futuh · Baitunnur · Basharat

## Contents


- 1 Beliefs
  - 1.1 God
  - 1.2 Attributes of God
  - 1.3 Spiritual Unity of Mankind
- 2 Six Articles of Faith
  - 2.1 Unity of God
  - 2.2 Angels
  - 2.3 Books
  - 2.4 Prophets
  - 2.5 The Day of Judgment
  - 2.6 Divine Decree
- 3 Demographics
- 4 Beliefs Regarding Mirza Ghulam Ahmad
  - 4.1 Judaism
  - 4.2 Christianity
  - 4.3 Islam
  - 4.4 Hinduism
  - 4.5 Zoroastrianism
  - 4.6 Buddhism
  - 4.7 Sikhism
  - 4.8 Confucianism
  - 4.9 Reflection of All Prophets
  - 4.10 View of Orthodox Islam
- 5 Humanity First
- 6 History
  - 6.1 The split in 1914
  - 6.2 1953 Riots and Selective Martial Law
  - 6.3 Persecution
  - 6.4 Persecution in 1984
- 7 Books & Literature
- 8 Successors of Mirza Ghulam Ahmad
- 9 Ahmadiyya Firsts
- 10 Famous Ahmadis
- 11 Ahmadiyya Mosques
- 12 References
- 13 External links

Mosque • Fazl Mosque • Khadija Mosque Berlin • Mahmood Mosque (Kababir) • Mahmood Mosque (Zürich) • Noor Mosque

# Beliefs

The Ahmadiyya Muslim Community is based upon one essential doctrine of unity which is split into three categories:

1.) Unity of God 2.) Unity of Religion 3.) Unity of Mankind

These three beliefs of the Ahmadiyya Muslim Community are written within the book "A Message of Peace" by the Community's Founder, Mirza Ghulam Ahmad, "Some Distinctive Features of Islam" by the Community's Fourth Khalifa, Mirza Tahir Ahmad, the chapter of the book "Welcome to Ahmadiyyat, the True Islam" labeled as "Unity of Religions" and also within an article called "The Ahmadiyya Sect of Islam: The Future of Islam" by Mian M. Abbas where it states:

> "Its (Ahmadiyya Islam's) fundamental teachings are based on the unity of God, unity of mankind and the unity and the Divine origin of all great religions. Belief in the founders and Prophets of all great religions and their true revealed teachings is an integral part of Islam. The concept of unity is the central theme of Islam. The Almighty God is the source of all religions."

It also states within the book "Ahmadiyya Muslim Mosques Around the World" in the final chapter written by the Imam of the London Mosque, Ataul Mujeeb Rashid called "Holding Fast by the Rope of Allah – The International Bai'at and the Unity of Nations":

> "(Qur'an 3:104) As the above verse from the Qur'an illustrates, Islam aims to unify humanity by eliminating mutual differences and discrimination. Islam is the flag bearer in carrying this message of unity to all nations of the world. This is not merely a claim; the true teachings of Islam provide a living proof in the person of the Prophet of Islam, Muhammad."

## God

The Ahmadiyya writings describe a single, imperishable God, the creator of all things, including all the creatures and forces in the universe who is a Perfect Being. [3] The existence of God is thought to be eternal, without a beginning or end, and is described as "a Living God" which means that he manifests himself everywhere, loves his creation, listens to their supplication, answers their prayers and speaks to them as he did in ages past. [3] There is, according to Ahmadiyya belief, no intercession with God. In Ahmadiyya belief, God expresses His will in many ways, including through a series of Divine Messengers which are given to different peoples in different parts of the world. In expressing God's intent, these Divine Messengers are seen to establish religion in the world and to enable a relationship with God.

Ahmadiyya teachings state that God is too great for humans to fully comprehend, or to create a complete and accurate image, by themselves; human understanding of God is through his revelation via his Prophets. There is a strong emphasis on monotheism and Ahmadiyya does not adhere to any beliefs which distort this monotheism in any way (incarnations, polytheism, pantheism etc.). According to the Ahmadiyya teachings, the purpose of all things' creation is to worship God which is in accordance with the principle set out in the Qur'an.

Though, according to Ahmadiyya belief, God has unlimited attributes, the Qur'an states 99 of these for God. Thus, in accordance with Ahmadiyya belief, in order to fulfill the purpose of life, that is to worship God, one must mimic his attributes which are able to be copied, for example the attribute of *Al-Wali* or 'The Friend'. [4] As according to Ahmadiyya belief, only the Prophets who were sent by God were fully able to mimic his attributes, and among them, only the Prophet of Islam, Muhammad, was able to fully mimic his attributes, then the Ahmadiyya deems it necessary to mimic the Prophets; by doing so, they are mimicking the attributes of God which are manifest in the Prophets. [4] Ahmadiyya literature reveals a metaphor in which God is the sun atop of a lake and that the reflection of the sun on the lake is the Prophet. [4] [5]

The Ahmadiyya belief in God states that Allah is the proper name for God in Arabic, which literally means "the God" though the concept of God exists in other religions also and as a result of the Ahmadiyya belief of the Unity of Religions, the equivalent of the term Allah is also: El of the Canaanites, Elohim or Yahweh (Jehovah) of the Jews, Elah in the Aramaic language of Jesus Christ, Yazdan or Khuda of the Persian language, Ahura Mazda of the Zoroastrians, Brahman in Sankrit (of the Hindus), Deus in Latin, Theos in Greek, Dieu in French, Gott in German, God in English and others. [6]

### Attributes of God

Although God's attributes are unlimited, according to Ahmadiyya belief, the Qur'an names 99

of these attributes and the Qur'an is, according to Ahmadiyya belief, the literal Word of God himself. These attributes are known as al-Asmaul Husna or "the Most Beautiful Names". These include attributes such as 'al-Ghafur' (the Most Forgiving), 'al-Hadi' (the Guide) and 'al-Hakeem' (the Wise). [6] The recently built, largest mosque in Canada[7], the Baitunnur mosque in Calgary, Alberta, is an Ahmadiyya mosque with all 99 attributes of God written in Arabic calligraphy on its exterior.



The 99 attributes of God are written in Arabic calligraphy on the exterior of the Baitunnur mosque in Calgary.

### Spiritual Unity of Mankind

The Ahmadiyya writings emphasize the essential equality of human beings, and the abolition of prejudice. Women and men are regarded as equal. [8] Humanity is seen as essentially one, though highly varied; its diversity of race and culture are seen as worthy of appreciation and tolerance. Doctrines of racism, nationalism, caste and social class are seen as artificial impediments to unity. [9] [10] The Ahmadiyya teachings state that the unification of mankind will happen through Ahmadiyya. [11] These doctrines of unity are based upon the writings of Mirza Ghulam Ahmad, namely "A Message of Peace" and also the 'Farewell Sermon' of Muhammad, whereupon he said:

> "Men, you still have in your possession some prisoners of war. I advise you, therefore, to feed them and to clothe them in the same way and style as you feed and clothe yourselves. If they do anything wrong which you are unable to forgive, then pass them on to someone else. They are part of God's creation. To give them pain or trouble can never be right. O men, what I say to you, you must hear and remember. All Muslims are as brethren to one another. All of you are equal. All men, whatever nation or tribe they may belong to, and whatever station in life they may hold, are equal. Allah has made you brethren one to another, so be not divided.An Arab has no superiority over a non-Arab; a non-Arab has no superiority over an Arab. A person of fair complexion has no superiority over a person with a dark complexion; a person of dark complexion has no superiority over a person of fair complexion. Even as the fingers of the two hands are equal, so are human beings equal to one another. No one has any right, any superiority to claim over another. You are as brothers." [12]

The belief of the spiritual unity of mankind is, according to the Ahmadiyya Muslim Community, in accordance with the Qur'an, namely verses 3:104, 49:14, 4:2 and others.

## Six Articles of Faith

Ahmadis believe in the five articles of faith believed in also by most Muslims but with some doctrinal differences. Ahmadis have a six article of faith called 'Taqdeer' or 'pre-destination' not believed in by most Orthodox Muslims as an article of faith.

1. Unity of God (Tauhid)
2. Angels (Mala'ikah)
3. Books
4. Prophets
5. The Day of Judgment
6. Divine Decree (Taqdir)

### Unity of God

The first article of faith is to firmly believe in the absolute Oneness of God. Acknowledgment of the Oneness of God is the most important and the cardinal principle of the Ahmadiyya Muslim Community. The belief in the Unity of God influences man's life in all its aspects. All other Ahmadiyya beliefs spring from this belief. The denying of God's Oneness, and the associating of any other with Him (i.e., Shirk), is the gravest sin in Ahmadiyya Islam. [13]

### Angels

According to Ahmadiyya Islam, the second article relates to the belief in angels. They are spiritual beings created by God to obey him and implement his commandments. Unlike human beings, angels have no free will and cannot act independently. Under God's command, they bring revelations to the Prophets, bring punishment on the Prophet's enemies, glorify God with his praise, and keep records of human being's deeds. Angels are not visible to the physical eye. Yet, according to the Ahmadiyya Muslim Community, they do sometimes appear to man in one form or another. This appearance, however, is not physical but a spiritual manifestation. [14]

Ahmadiyya Islam regards angels as celestial beings who have their own entity as persons. The major role they play is the

transmission of messages from God to human beings. According to the Qur'an, the entire material universe as well as the religious universe is governed by some spiritual powers, which are referred to as angels. Whatever they do is in complete submission to the Will of God and the design that he created for things. According to Ahmadiyya Islam, they cannot make the slightest deviation from the set course or functions allocated to them, or from the overall plan of things made by God. [15]

According to Ahmadiyya Islam, there are many angels in the universe but there are 4 main archangels. [16]

Gabriel – the Angel of Revelation Michael Raphael – the Angel of Weather Israel – the Angel of Death

### Books

The third article relates to the belief in all Divine Scriptures given to their respective Prophets. These include the Books believed in by Orthodox Muslims as well, namely: [17]

- The Torah of Moses (Tawrat) [17]
- The Gospels of Jesus (Injeel) [17]
- The Psalms of David (Zaboor) [17]
- The Scrolls of Abraham (Suhaf) [17]
- The Qur'an of Muhammad [17]

The Torah of Moses comprises the first five books of the Hebrew Bible or the Old Testament, known as the Pentateuch, which are: Genesis, Exodus, Leveticus, Numbers, Deuteronomy. [17]

The Gospels of Jesus are the first five books of the New Testament of the Bible which are: Matthew, Luke, Mark and John. [17]

Asides from these Books, the Ahmadiyya Muslim Community, as a result of their belief in the Unity of Religions, believes also in the following books: [18]

- Avesta of Zoroastrianism [18]
- Vedas and Baghavat-Gita of Hinduism [18]
- Pali and Tripitaka of Buddhism [18]
- Siddhanta and Angas of Jainism [18]
- Tao Te Ching of Taoism [18]
- K'Ings and Lun Yu of Confucianism [18]
- Kojiki and Nihongi of the Shinto Faith [18]
- Guru Granth Sahib of Sikhism [18]

### Prophets

The fourth article of faith is the belief in all Divine Prophets sent by God. According to Ahmadiyya belief, the terms 'Warner' (Nazir), 'Prophet' (Nabi), 'Messenger' (Rasool) and 'Envoy' (Mursal) are synonymous. The belief in prophets of the Ahmadiyya Muslim Community is different from that of the Orthodox Muslim, Jewish, Zoroastrian or Christian belief of Prophets. The belief in prophets of the Ahmadiyya Muslim Community is most close to the belief in Prophets by the Baha'i Faith. As a result of the Ahmadiyya Muslim Community's belief in the Unity of Religions, it believes that Prophethood is not a monopoly of a certain people of part of the world, as believed by every other religion (the exception can be made with the Baha'i Faith however). This is also in accordance with certain verses of the Qur'an where it states "A Messenger was sent to all nations" and also with a Tradition of Muhammad, whereupon he stated that "124,000 prophets were sent by God prior to my advent". Adam is regarded as the first human with whom God spoke with and revealed to his Divine Will and thus the first Prophet but is not regarded as the first human on earth by the Ahmadiyya Muslim Community, contrary to Orthodox Islamic, Jewish and Christian beliefs. [19] Thus, asides from the belief in all Prophets in the Old Testament of the Bible, in Jesus, John the Baptist, and in Muhammad, the Ahmadiyya Muslim Community also believes in the following Prophets:

- Luqman, a prophet mentioned in the Qur'an who has no Biblical equivalent. [20] According to an some scholars, he was either the Greek Aesop or a Prophet in Abyssinia (Ethiopia). [20]

- Dhul-Qarnain, a prophet-king mentioned in the Qur'an with no Biblical equivalent. [21] An Ahmadi scholar has taken him to be the Persian king Cyrus the Great, who is coincidentally also mentioned explicitly in the Old Testament of the Bible. [22]

- Hood, a contemporary of the Prophet Noah, mentioned in the Qur'an but not in the Bible. [23]

- Saleh, a contemporary of the Prophets Abraham and Lot, mentioned in the Qur'an but not in the Bible. [23]
- Zechariah, the father of John the Baptist, who is not believed in as a Prophet by Christians but as a Prophet by the Ahmadiyya Muslim Community. [24]
- Zoroaster, a Persian Prophet who was the founder of Zoroastrianism. [20]
- Krishna and Rama Chandra, who were Indian Prophets believed in by Hinduism as 'avatars'. [20] Mirza Ghulam Ahmad, the founder of the Ahmadiyya Muslim Community, stated that the Hindu term 'avatar' is synonymous to the Qur'anic term 'Prophet'/'Messenger'. [25]
- The Hindu Rishis, as depicted in the Vedas are believed in by the Ahmadiyya Muslim Community as saints. [26]
- Mahavira, an Indian Prophet, who was the founder of Jainism. [20]
- Buddha, also known as Siddhartha Gautama, an Indian Prophet, who was the founder of Buddhism. [20]
- Confucius, a Chinese Prophet, who was the founder of Confucianism. [20]
- Lao-Tzu, a Chinese Prophet, who was the founder of the Tao Faith. [20]
- Mani, a Persian Prophet, who was the founder of Manichaeism. [27]
- Guru Nanak, in Punjab, India, who was the founder of Sikhism, is not regarded as a Prophet by the Ahmadiyya Muslim Community but as a saint because he never claimed to be a Prophet. [28]
- Socrates, Greek philosopher, is regarded as a Prophet by the Ahmadiyya Muslim Community. [29]
- Ahmad, founder of the Ahmadiyya Muslim Community, according to the Community, is a Prophet and is mentioned in the Qur'an by name and by prophecy (Surah Al-Saff of the Qur'an) and also in all other religious Scriptures. He is, according to the Ahmadiyya Muslim Community, the Promised One/Messiah awaited by followers of all faiths. [30]

All prophets are regarded by the Ahmadiyya Muslim Community as One and having essentially the same purpose. Some are higher in rank than others, according to the Ahmadiyya Muslim Community, but Muhammad is the final law-bearing Prophet who is described in the Qur'an as 'the Seal of the Prophets' which means that he is the last law-giver and the most perfect Prophet out of all Prophets. A metaphor is given by the Ahmadiyya Muslim Community that all the Prophets are celestial bodies (stars, planets etc.), the Prophet Muhammad as the Sun and Mirza Ghulam Ahmad as the moon because as the moon reflects light from the sun, doesn't create its own light and comes on the 14th day of the lunar month, Mirza Ghulam Ahmad reflected the law (religion) of Muhammad, didn't create his own law (religion) and came in the 14th lunar century (Islamic century). [31]

### The Day of Judgment

The fifth article of faith relates to the Day of Judgment. [32] After belief in One God, belief in the Day of Judgement is the most emphasized doctrine mentioned in the Qur'an. [32] According to Ahmadiyya Islam, the entire universe will come to an end on the Day of Judgment. The dead will be resurrected and accounts will be taken of their deeds. People with good records will enter into Heaven while those with bad records will be thrown into Hell. [32] Contrary to Orthodox Islam, Judaism and Christianity, Hell is a temporary abode in Ahmadiyya Islam and not everlasting. It is like a hospital, where souls are cleansed of their sins. [33]

### Divine Decree

The Ahmadiyya Muslim Community believes that Divine decree controls the eventual outcome of all actions in this universe. Within the boundaries of Divine decree, man is given free will to choose the course. [34] It is likened to the Hindu concept of Karma, though different. Ahmadis believe that they will be judged on the basis of their intentions and deeds on the Day of Judgment. If, according to the Ahmadiyya Muslim Community, humans follow God's commandments, they will be rewarded and if not, they will be punished. [34] Thus, belief in the Divine decree (Taqdir) means to believe in both the law of nature and law of religion have been devised by God and he alone holds Supreme power over these laws which are operating in the universe. Thus, science is the act of God and religion is the Word of God and the two cannot possibly contradict each other. This holds true due to the fact that the Ahmadiyya Muslim Community does not believe in Adam as the first human on earth, believes in the theory of evolution though brought about by God and believes in a more scientifically plausible view on the death of Jesus. [34] According to this belief, some things are pre-destined by God and ordained by him to occur and some things are the result of the free will of humans. Though it may be noted that whatever a human does results in a pre-destined action brought about by God. [35]

## Demographics

An accurate representation of the population of the Ahmadiyya Muslim Community is usually hard to discern. Most Ahmadiyya sources usually estimate the worldwide Ahmadiyya Muslim Community population to be in "the tens of millions". [36] Yet

oftentimes Ahmadiyya sources claim to have "hundreds of millions" or "200 million" worldwide. [37]. According to some estimates, the country with the largest percentage of Ahmadis is the African republic of Ghana. [38] The country with the most Ahmadis is Pakistan, where there are about 4 million Ahmadis [39]. The Ahmadiyya Muslim Community has 2.011 million adherents in the African Republic of Benin [40], 1 million adherents in India [1] 200,000 in Indonesia, 18,000 in Britain [41] and 30,000 in Canada.

According to non-Ahmadi estimates, there are 50,000 Ahmadi converts from Orthodox Islam in Mali, 24,000 of the same in the Ivory Coast, 100,000 of the same as Bosnian refugees and 45,000 Albanians of the same. [42] Most Ahmadis are from Asia, mainly the Indo-Pak subcontinent, Bangladesh and Indonesia and a considerably large number of Ahmadis, in the tens or hundreds of millions are from the continent of Africa. [41] In the year 1957, there were 100,000 Ahmadis from the African Republic of Ghana A[43] As of 1994, there were 150,000 converts to the Ahmadiyya Muslim Community from French-Speaking countries [44].

The Ahmadiyya Muslim Community claims that it is established in over 190 countries [36] [45] of the world in all 6 continents and is the only sect of Islam to have translated the Qur'an into over 118 languages. [46] These include translations in German, Spanish, Swahili, French, Russian, Norwegian, Italian, Dutch, Gurmukhi, Persian, Pashto, Japanese, Tamil and Chinese. [47] The most famous translations of the Qur'an done by an Ahmadi author are the Tafseer-e-Sagheer and Tafseer-e-Kabeer which are Urdu translations of the Qur'an with commentary done by the Second Khalifa of the Ahmadiyya Muslim Community, Mirza Bashir-ud-Din Mahmood Ahmad. Tafseer-e-Sagheer is the smaller commentary while Tafseer-e-Kabeer is the larger, five-volume commentary. The first Muslim author of an English translation of the Qur'an was an Ahmadi, Maulana Muhammad Ali. In the year 1980, the Ahmadiyya Community living in the city of Calgary, in Canada, distributed copies of the Qur'an to Inuit communities in the Artic Circle near the North Pole. [48]

## Beliefs Regarding Mirza Ghulam Ahmad

The Ahmadiyya Muslim Community regard Mirza Ghulam Ahmad as the "Promised Messiah" of all religions fulfilling eschatological prophecies found in the scriptures of the Abrahamic religions, as well as Zoroastrianism, the Indian religions, and others. [30]

### Judaism

The coming of the Jewish Messiah. [49] This is brought forth as a claim because Mirza Ghulam Ahmad's claim regarding the eschatological prophecies of Christianity coincide with his claim to being the Jewish Messiah as Jesus is regarded as the Jewish Messiah by the Ahmadiyya Muslim Community and Mirza Ghulam Ahmad claims to be the Second Coming of Jesus.

### Christianity

The Second Coming of Christ [50] mentioned by Jesus in the 24th Chapter of Matthew and other parts of the Bible.

### Islam

The Coming of the Messiah, Isa (Jesus, Son of Mary) and the Mahdi who the Ahmadiyya Muslim Community regards as the same person, in accordance with the prophecies of Muhammad and also the Mujaddid of the 14th Islamic Century and the Second Coming of Muhammad. [51] [52] Mirza Ghulam Ahmad is also regarded as fulfilling prophecies regarding "The Hidden Imam" in Shi'ite Islam. [49]

### Hinduism

The spiritual reappearance of Krishna and the Kalki avatar, who in the classical Hindu Vaishnavas tradition is the tenth and final avatar awaited by the Hindus. [53]

It may be noted that the Ahmadiyya Muslim Community regards Krishna as a Divine Prophet of God and not a god or incarnation of God as the Hindu theology suggests about Krishna. [54] Also, Mirza Ghulam Ahmad stated that the terms 'avatar' and 'prophet' were synonymous and that the Avatar is the equivalent of the Qur'anic Messenger. [25]

### Zoroastrianism

While Mirza Ghulam Ahmad did not claim himself to be the Zoroastrian Messiah, it can be concluded that he claimed it in principle, in that the fulfilment of the prophecies found in all major religions are a recurring theme in his writings. [28] The son of

Mirza Ghulam Ahmad and the Ahmadiyya Muslim Community's Second Khalifa, Mirza Bashir-ud-Din Mahmud Ahmad, stated that Mirza Ghulam Ahmad was the Masio Darbahmi awaited by the Zoroastrians [55] [30] and Mufti Muhammad Sadiq, an early Missionary of the Ahmadiyya Muslim Community, stated that Mirza Ghulam Ahmad's Advent was that of Saoshyant, the third spiritual son of Zoroaster [56]. It may be noted however, that the Ahmadiyya Muslim Community believes Zoroaster made prophecies regarding the Messiah, which are recorded in the 'Dasateer' (the Sayings of Zoroaster) and which were fulfilled in the person of Mirza Ghulam Ahmad [57]

### Buddhism

Members of the Ahmadiyya Muslim Community believe that Mirza Ghulam Ahmad is the fulfilment of the prophecy of appearance of the Maitreya Buddha, who is a future Buddha who will eventually appear on earth and usher an age of peace and security. [58]

It may be noted that Mirza Ghulam Ahmad himself wrote in his famous book, "Jesus in India" that the Maitreya Buddha was in fact Jesus Christ, who according to Mirza Ghulam Ahmad, travelled to India, Kashmir and Tibet (predominantly Buddhist regions at the time) to preach to the local Jews who had migrated there and converted to religions other than that of Judaism (Buddhism, Hinduism etc.). [59]

Mirza Ghulam Ahmad stated that he was the 'Reflection of All Prophets' and he regarded Siddharta Gautama Buddha as a Prophet. Also, quite similar to the Ahmadi belief in Mirza Ghulam Ahmad as the Jewish Messiah (stated above), it seems that Jesus acts as a 'door' through which Mirza Ghulam Ahmad is the Jewish Messiah and also the Maitreya. This is because as Jesus was the Jewish Messiah and also the Maitreya according to Mirza Ghulam Ahmad, Mirza Ghulam Ahmad stated explicitly that he had fulfilled the Second Coming of Jesus and in turn, thus, he had also fulfilled the Second Comings of the Jewish Messiah and the Maitreya.

### Sikhism

The Ahmadiyya Muslim Community believes that Mirza Ghulam Ahmad fulfilled prophecies made in the Janam Sakhis and Guru Granth Sahib related to the coming of the Mahdi Mir [56] or the Second Advent of Baghat Kabir, a Sikh saint [60] who was to come in the area of Batala, according to the Sikh Scriptures. Qadian, the birthplace of Mirza Ghulam Ahmad, is located in the area near Batala [61]

### Confucianism

Mirza Ghulam Ahmad is viewed as the estachological reformer awaited by the followers of Confucius, in whom the Ahmadiyya Muslim Community believes in as a Prophet. [62]

### Reflection of All Prophets

Mirza Ghulam Ahmad stated that he had been bestowed the attributes of all Biblical and non-Biblical Prophets, in accordance with a verse of the Qur'an which states that all prophets will converge into one person in the future. Mirza Ghulam Ahmad stated that this was due to his receiving revelation from God in which God called him:

> "The Messenger of God in the mantles of all the Prophets." [63]

The Biblical Prophets include Abraham, Isaac, Jacob, Ishmael, Moses, David, Solomon and Jesus. [64] Mirza Ghulam Ahmad stated that he came as the Second Coming of Adam because of the fact that Ghulam Ahmad and Adam were both born twins on a Friday to a female and that as Adam was born in the final hours of the sixth day of the week, Mirza Ghulam Ahmad was born in the final years of the sixth millennium as according to the Qur'an and Bible, a day in the estimation of God is a thousand years. [65] Ghulam Ahmad is also believed by the Ahmadiyya Muslim Community to be the Second Coming of Noah due to the prophecy made by Jesus in Matthew 24:37-38.

Mirza Ghulam Ahmad also states that he was the Second Coming of the Qur'anic figure named Dhul-Qarnain as who has no Biblical equivalent. [21]

### View of Orthodox Islam

Mirza Ghulam Ahmad's claims have proven to be controversial among mainstream Muslims. Mainstream Muslims believe that no prophet or messenger will come after Muhammad and that Jesus himself will descend from heaven at the End times who

along with the Mahdi will wage war against the forces of evil. It is also the belief of most Orthodox Sunni Muslims that Jesus will, according to a prophecy by Muhammad, kill the pig and destroy the cross. These prophecies are taken metaphorically by the Ahmadiyya Muslim Community for example it believes the 'breaking of the cross' was the 'breaking of the doctrine of Christianity' and the 'killing of the swine' as the killing of all swine-like attributes among people such as pigheadedness and greed, which the Community deems Mirza Ghulam Ahmad has fulfilled.

# Humanity First

Humanity First is an international non-profit, non-sectarian humanitarian organization which, though entirely independent, is in collaboration occasionally with other organizations such as the Red Cross Foundation, the United Nations and Amnesty International. It is run entirely by volunteers who do not get paid. 93% of donations go to the need at hand and administration costs are very low. Thus, when aid is given, occasionally, more than 100 times the money donated is exhumed. It gives aid to all in need regardless of sex, race, culture, nationality, religion or political allegiance. It has helped in the past with Hurricane Katrina, the Pakistan earthquake, Cyclone Sidr and other disasters. It also creates schools, IT Centres, gives food aid and creates water pumps/sanitization facilities in third world countries. [66] This organization was created by the Ahmadiyya Muslim Community's Fourth Khalifa, and is run by the Community, though not affiliated with it directly as it is a secular organization. [67]

# History

The Ahmadiyya Muslim community was founded by Mirza Ghulam Ahmad in 1889. After the death of his first successor Hakeem Noor-ud-Din in 1914, there was a split upon the election of the second successor Mirza Basheer-ud-Din Mahmood Ahmad which gradually led to certain doctrinal differences between those who accepted the Caliphate ( namely those who accepted Mahmood Ahmad as their leader) and those who preferred the central Ahmadiyya council.

### The split in 1914

The split in 1914 resulted in the formation of the Ahmadiyya Muslim Community and the Lahore Ahmadiyya Movement also known as Anjuman Isha`at-e-Islam. The reasons for the split were ideological differences as well as differences over the suitability of the elected Khalifa (2nd successor) Mirza Basheer-ud-Din Mahmood Ahmad (the son of Mirza Ghulam Ahmad).

### 1953 Riots and Selective Martial Law

Selective Martial law was declared over Lahore in 1953 by the Pakistan Armed Forces, in response to civil unrest following anti-Lahore Ahmadiyya Movement agitations. Then-captain Rahimuddin Khan (later General and Chairman of the Joint Chiefs of Staff Committee) was part of the military deployment heading the army takeover of Lahore, culminating in the arrest of Maulana Maududi, who was considered the principal agitator behind the riots.

### Persecution

Confident of state support, the Jamaat-e-Islami contested the 1970 elections in Pakistan, only to suffer big reversals. Thereafter, Jamaat started a widespread anti-Ahmadiyya movement in Pakistan. In 1973, Maududi condemned them as heretics in his book, *Qadiani Problem* (Qadiani is a derogatory term for Ahmadiyya). [68]

They engaged in massacres against them which resulted in 2,000 Ahmadiyya deaths in Pakistani Punjab. This anti-Ahmadiyya movement led Pakistani prime minister Zulfiqar Ali Bhutto to declare Ahmadis as constitutionally "non-Muslims". [69][68]

### Persecution in 1984

In 1984, the Government of Pakistan, under General Zia-ul-Haq, passed Ordinance XX [70], which banned proselytizing by Ahmadis and also banned Ahmadis from identifying themselves as Muslims. According to this ordinance, any Ahmadi who refers to himself as a Muslim by either spoken or written word, or by visible representation, directly or indirectly, or makes the call for prayer as other Muslims do, is punishable by imprisonment of up to 3 years. Because of these difficulties, Mirza Tahir Ahmad moved the headquarters to London, UK.

# Books & Literature

- A Message of Peace

- Welcome to Ahmadiyyat, the True Islam
- Barahin-e-Ahmadiyya
- Commentary on the Holy Quran: Surah Al-Fateha
- The Philosophy and Teachings of Islam
- Introduction to the Study of the Holy Quran
- Invitation to Ahmadiyyat
- Tadhkirah
- Jesus in India
- The Heavenly Signs
- Malfoozat
- Tafseer-e-Kabeer
- Revelation, Rationality,Knowledge & Truth
- Murder in the Name of Allah
- The Essence of Islam part 1, part 2, part 3, part 4, part 5
- Our God

## Successors of Mirza Ghulam Ahmad

The history of the Ahmadi *Khilafat* has spanned an entire century, is still continuing, and has seen 5 Caliphs lead the community thus far. [71]

## Ahmadiyya Firsts

The following are some world firsts accomplished by the Ahmadiyya Muslim Community

- First Muslim place of worship in London 1914 - Fazl Mosque.
- First Muslim Worldwide 24/7 Satelitte Television Station, MTA International [72] created in 1994.
- First branch/sect of Islam to translate the Qur'an in more than 118 languages.
- First Muslim/Pakistani to receive Nobel Prize - Dr. Abdus Salam.
- First Muslim/Pakistani United Nations General Assembly President - Sir Muhammad Zafrulla Khan.
- First Muslim/Pakistani President and Head Judge of the International Court of Justice - Sir Muhammad Zafrulla Khan.
- First mosque built in Spain after 750 years - Basharat Mosque.
- First Muslim Vice-President and Director of the World Bank - M M Ahmad.
- First Muslim Grammy Award Winner - Yusuf Lateef.
- First Ahmadi Muslim to become a well known American actor - Mahasharlalhabaz Ali.
- First Recognized Martyr (because of the faith) - Moulvi Abdur Rehman Sahib in Kabul, Afghanistan on June 20, 1901
- First British convert to Ahmadiyyat – Mr. G. Sparrow who converted from Christianity in 1918 [73]
- First Ahmadi Governor-General of the Gambia – Al-Haj Sir Farimang Mamadi Singateh. [74]
- First Person to Accept Ahmadiyyat from Georgetown MID in the Gambia – Sidi Mucktar Mydara who converted in 1967 [74]
- First Person to accept Ahmadiyyat – Al-Hajj Maulana Hafiz Hakim Noor-ud-Din (who was also the first Khalifa of the Ahmadiyya Muslim Community)
- First International Headquarters of the Ahmadiyya Muslim Community – Qadian, India
- First Ahmadiyya Secondary School opened in Africa – in Kumasi, Ghana [75]
- First African country where Ahmadiyyat was preached successfully – Tanzania [38]
- First Khalifa of the Ahmadiyya Muslim Community – Al-Hajj Maulana Hafiz Hakim Maulana Noor-ud-Din
- First Mauritian convert to Ahmadiyyat – Noor Muhammad Noroya who converted in 1912 [76]
- First Ahmadiyya Mosque – Masjid Mubarak in Qadian, India
- First Mission of Ahmadiyyat outside of the Indo-Pakistan subcontinent – England in 1914
- First Ahmadiyya Mosque in Tanzania – Masjid Fazl in Tabora [77]
- First Bengali Ahmad – Janab Ahmad Kabir Noor Muhammad of Chittagong converted to Ahmadiyyat in 1904 [78]
- First Jalsa Salana (Annual Convention) of the Ahmadiyya Muslim Community in Bangladesh – 1917 [78]
- First Jalsa Salana (Annual Convention) in Qadian - December 1891
- First Jalsa Salana (Annual Convention) in Pakistan - December 1948
- First Japanese convert to Ahmadiyyat - Muhammad Owais Kobayashi [38]

## Famous Ahmadis

- Mirza Basheer-ud-Din Mahmood Ahmad, Khalifatul Masih II: A political figure in pre-partition India. Chairman of Kashmir Committee and one of the pioneers of Kashmir Freedom struggle.[79]
- Sir Chaudhury Muhammad Zafrulla Khan: A leader of All India Muslim League, Former Foreign Minister of Pakistan and

President of United Nations General Assembly. Also former President and Head Judge of the International Court of Justice
- Mr. M M Ahmad: Former Chief Secretary of Pakistan and Executive Director/Vice President of the World Bank.
- Professor Dr. Abdus Salam: First Muslim to win a Nobel Prize in science and first Pakistani to win a Nobel Prize. Nobel Laureate in 1979 for physics.
- Malik Ram: Scholar of the Urdu language and expert on Mirza Ghalib.
- Mahershalalhashbaz Ali: Well-known actor, a lead on the USA Network's program The 4400.
- Yusef Lateef: Syncopater and Grammy Award winner.
- Sahibzada Abdul Latif: Martyr of Ahmadiyya Islam, Afghan king's [Amir Abdur Rahman Khan] advisor and representative of the Afghan government in formation of the Durand Line[80]
- Obaidullah Aleem: Renowned Urdu poet.
- Adnan Virk: Canadian sports anchor and reporter, currently working for the Canadian sports network, The Score
- Dr. Basharat Ahmad - Prominent religious scholar and author, companion of Mirza Ghulam Ahmad
- Naseer Ahmad Faruqui - Chief Election Commissioner Pakistan, (d. 6 Dec 1991)
- Maulana Muhammad Ali - Religious scholar and first Muslim author of an English language translation of the *Quran*
- Iftikhar Janjua - Major General of the Pakistan Army - 1965 war hero, killed in 1971 war
- General Abdul Ali Malik. War Hero of Chawinda, 1965 Indo-Pakistan war
- Mirza Tahir Ahmad (1928-2003) - Fourth Successor and Imam of the Ahmadiyya Muslim Community
- Akhtar Hussain Malik - Lieutenant General of the Pakistan Army, 1965 war hero
- Zafar A Chaudhry - Air Marshal and Chief of Air Staff of Pakistan Air Force (1972-74)

## Ahmadiyya Mosques

## References


1. ^ *a b* "Invitation to Ahmadiyyat" by Mirza Bashir-ud-Din Mahmood Ahmad Part II, Argument 4, Chapter "Promised Messiah, Promised One of All Religions"
2. ^ The motto „Love for All, Hatred for None" was mentioned by Mirza Nasir Ahmad in his speech in the occation of laying the foundation stone for the Basharat Mosque in Spain. See „Pathway to Paradise", Chapter 7
3. ^ *a b* "Welcome to Ahmadiyyat, the True Islam", pg. 55
4. ^ *a b c* "Ahmadiyyat or the True Islam" by Mirza Bashir-ud-Din Mahmood Ahmad
5. ^ "Introduction to the Study of the Holy Qur'an" by Mirza Bashir-ud-Din Mahmood Ahmad
6. ^ *a b* "A Book of Religious Knowledge" by Waheed Ahmad pg. 18
7. ^ Morton, Graeme (2008-07-05). "Politicians and faithful open Canada's largest mosque", *canada.com*, Canwest News Service. Retrieved on 2008-07-12.
8. ^ www.islamicfaq.org
9. ^ Alislam eGazette Friday, April 4th, 2008, pg.3
10. ^ "Unity is Strength", Editorial Review of Religions, July 1993
11. ^ "Welcome to Ahmadiyyat, the True Islam", Chapter labeled as "Unification of Humanity Through Islam"
12. ^ Alislam eGazette Friday, August 3rd, 2007, pg. 3
13. ^ "Welcome to Ahmadiyyat, the True Islam", pg. 54
14. ^ "Welcome to Ahmadiyyat, the True Islam", pg. 64
15. ^ "Welcome to Ahmadiyyat, the True Islam", pg. 65
16. ^ "A Book of Religious Knowledge" by Waheed Ahmad, pg. 21
17. ^ *a b c d e f g h* "A Book of Religious Knowledge" by Waheed Ahmad, pg. 34
18. ^ *a b c d e f g h i* "A Book of Religious Knowledge" by Waheed Ahmad, pg. 35
19. ^ Man Lived on Earth Even Before the Advent of Adam
20. ^ *a b c d e f g h* "A Book of Religious Knowledge" by Waheed Ahmad, pg. 33
21. ^ *a b* "Essence of Islam", vol. IV pgs. 81-82
22. ^ "English Translation of the Holy Qur'an" by Sher Ali, Index, pg. 650
23. ^ *a b* "A Book of Religious Knowledge" by Waheed Ahmad, pg. 25
24. ^ "A Book of Religious Knowledge" by Waheed Ahmad, pg. 27
25. ^ *a b* Essence of Islam Vol. IV pg. 84
26. ^ A Book of Religious Knowledge by Waheed Ahmad "Prophets" Chapter
27. ^ The Muslim Sunrise, Spring 2007, pg. 9
28. ^ *a b* A Message of Peace by Mirza Ghulam Ahmad
29. ^ Revelation, Rationality, Knowledge and Truth by Mirza Tahir Ahmad
30. ^ *a b c* Invitation to Ahmadiyyat by Mirza Bashir-ud-Din Mahmood Ahmad Part II, Argument 4, Chapter "Promised Messiah, Promised One of All Religions"
31. ^ Al-Noor by Tayyab Pirzada pg. 246
32. ^ *a b c* Welcome to Ahmadiyyat, the True Islam pg. 72
33. ^ Welcome to Ahmadiyyat, the True Islam pg. 73
34. ^ *a b c* Welcome to Ahmadiyyat, the True Islam pgs. 73-74
35. ^ Welcome to Ahmadiyyat, the True Islam pg. 74
36. ^ *a b* An Overview
37. ^ BBC NEWS | UK | Islamic sect gathers in Surrey
38. ^ *a b c* Ahmadiyya Muslim Mosques Around the World: A Pictorial Presentation

39. ^ Persecution of Ahmadis in Pakistan An Objective Study by Mujeeb-ur-Rehman pg. 60
40. ^ Ahmadiyya Muslim Mosques Around the World: A Pictorial Presentation pg. 51
41. ^ a b The Ahmadi Muslim Community -Times Online
42. ^ [www.nl-marketing.com/rashid/overview.html]
43. ^ hmadiyya Muslim Mosques Around the World: A Pictorial Presentation pg. 69
44. ^ Ahmadiyya Muslim Mosques Around the World: A Pictorial Presentation pg. 60
45. ^ Broadcasts on Centenary Khilafat Celebrations on MTA International on May, 27th 2008
46. ^ Welcome to Ahmadiyyat, the True Islam, pg. 315
47. ^ Welcome to Ahmadiyyat, the True Islam pg. 315
48. ^ Ahmadiyya Muslim Mosques Around the World: A Pictorial Presentation, pg. 273
49. ^ a b Welcome to Ahmadiyyat, the True Islam pg. 45
50. ^ Essence of Islam Vol. IV pg. 82
51. ^ Essence of Islam vol. IV pg. 31
52. ^ Welcome to Ahmadiyyat, the True Islam pg. 230
53. ^ Lecture Sialkot by Mirza Ghulam Ahmad pg. 39
54. ^ Essence of Islam Vol. IV pg. 83
55. ^ Ahmadiyyat or The True Islam by Mirza Bashir-ud-Din Mahmood Ahmad
56. ^ a b Welcome to Ahmadiyyat, the True Islam pg. 44
57. ^ The Magnificient Prophecy - Ahmadiyya Gazette Canada
58. ^ Review of Religions March 2002, Vol. 97, No. 3, pg. 24
59. ^ Jesus in India pgs. 87 and 93
60. ^ Ahmadiyya Gazette Canada March/April 2008 pg. 25
61. ^ Invitation to Ahmadiyyat by Mirza Bashir-ud-Din Mahmood Ahmad Part II, Argument 4, Chapter "Guru Nanak, Founder of the Sikhs"
62. ^ Ahmadiyya Muslim Community UK
63. ^ "Essence of Islam", vol. IV pg. 82
64. ^ Essence of Islam Vol. IV pgs. 81-82
65. ^ Lecture Sialkot by Mirza Ghulam Ahmad pg. 9
66. ^ [www.humanityfirst.org]
67. ^ The Tahir Foundation - Schemes & Funds
68. ^ a b Grare, Fredric, Anatomy of Islamism, Political Islam in the Indian Subcontinent, Manohar Publishers, New Delhi, 2001. ISBN 81-7304-404-X
69. ^ Jamaat-i-Islami Federal Research Division US Library of Congress
70. ^ Ordinance XX
71. ^ History of the Ahmadi Khilafat
72. ^ [www.mta.tv]
73. ^ Ahmadiyya Muslim Mosques Around the World: A Pictorial Presentation pg. 251
74. ^ a b Ahmadiyya Muslim Mosques Around the World: A Pictorial Presentation pg. 63
75. ^ Ahmadiyya Muslim Mosques Around the World: A Pictorial Presentation pg. 66
76. ^ Ahmadiyya Muslim Mosques Around the World: A Pictorial Presentation pg. 86
77. ^ Ahmadiyya Muslim Mosques Around the World: A Pictorial Presentation pg. 110
78. ^ a b Ahmadiyya Muslim Mosques Around the World: A Pictorial Presentation pg. 118
79. ^ All India Kashmir Committee
80. ^ "The Afghan Martyrs" by B.A. Rafiq


## External links

- Documentary on Islam Ahmadiyyat - Video
- Official site of the Ahmadiyya Muslim Community
- List of Missionaries: The U.K. Ahmadiyya Muslim Mission
- Muslim Television Ahmadiyya
- Persecution of the Ahmadiyya Muslim Community
- Ask Islam: Ahmadiyya Question & Answers

Retrieved from "http://en.wikipedia.org/wiki/Ahmadiyya_Muslim_Community"
Categories: Ahmadiyya Muslim Community | Islam in India | Ahmadiyya


- This page was last modified on 21 August 2008, at 22:06.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.