
**EXHIBIT I**

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __ANTIOCH PUBLIC LIBRARY__
Date of Meeting __MAY 23RD 2003   JULY 11, 5/1/03__
Time of Meeting: From __7:00 PM__ To __11:00 PM__ Total time __4 HOURS__
Name of Applicant __PETER BARRERA__
Name of Organization __KNOW THYSELF AS SOUL FOUNDATION__
Purpose of Organization _____
Purpose of Meeting __MEDITATION SEMINAR__

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that __PETER BARRERA__ shall defend, indemnify, save, and hold harmless Contra
         *(name of person)*
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of __PETER BARRERA__ or its agents, servants, employees, or subcontractors hereunder, save and except claims
 *(name of person)*
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. __PETER BARRERA__ will reimburse Contra Costa County for any expenditures, including
         *(name of person)*
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of __PETER BARRERA__.
                                                                *(name of person)*
Signature __Peter Barrera__  Date __APRIL 17TH 2003__
Position in organization _____
Home address __526 COOT LANE, SUISUN, CA__ Phone __(707) 434-1550__
Business address __526 COOT LANE, SUISUN, CA__ Phone __(707) 434-1550__

## -- For Library Use Only --

**Non Fee Use**
Approved [✓]
Not Approved [ ]   Reason: _____

**Fee Based Use**
Approved [ ]
Not Approved [ ]   Reason: _____
Amount of Fee Received: _____  Received by: _____

Librarian in charge __P. Ch_____   Date __5/ /03__

OK per O'Donoghue
v County Counsel

Form 3-12 (revised 8/92)                                    3324

# MEDITATION
## Art of Relaxation and Creativity

Welcome to a spiritual experience of the soul within. A free heartfelt talk and practical experience of the Inner Light and Sound will be offered by representatives of Sant Thakar Singh. We are to be a source of comfort and happiness for ourselves and others. Meditate for Global Unity through Self-Awareness to bring lasting peace on Earth.

- **Saturday, April 5**     **1:30 pm**
  **Benicia Library**
  150 East "L" Street, BENICIA

——————— OR ———————

- **Sunday, April 6**     **1:30 pm**
  **John F. Kennedy Library**
  505 Santa Clara Street, VALLEJO

**Never a charge.**     **All are welcome.**

For more information please call (707) 344-3483.

Sponsored by Know Thyself as Soul Foundation, SW, a not for profit organization.

"The Creative Principle of Life is within the human body in the form of Light and Sound. It is manifested in all creation. When we come in contact with the Inner Light and Sound, we start traveling towards our Eternal Home wherein lies all love, happiness, and peace."

3325

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __ANTIOCH LIBRARY__
Date of Meeting __OCTOBER 24TH 2003__
Time of Meeting: From __7:00 PM__ To __11:00 PM__ Total time __4 HRS__
Name of Applicant __PETER BARRERA__
Name of Organization __Know Thyself As Soul Foundation__
Purpose of Organization ____
Purpose of Meeting __MEDITATION SEMINAR__

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that __Peter Barrera__ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of __Peter Barrera__ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. __Peter Barrera__ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of __Peter Barrera__.
(name of person)

Signature __Peter Barrera__ Date __Aug. 7th 2003__
Position in organization ____
Home address __62 Coot Ln, Suisun, CA 94585__ Phone __707 434-1550__
Business address ____ Phone ____

---

## -- For Library Use Only --

Non Fee Use
Approved [✓]
Not Approved [ ] Reason: ____

Fee Based Use
Approved [ ]
Not Approved [ ] Reason: ____
Amount of Fee Received: ____ Received by: ____

Librarian in charge __P. Chan__ Date __8/7/03__

Form 3-12 (revised 8/92)                                                                 3378

Login

# KTSI
# Know Thyself as Soul Foundation, International

Know Thyself as Soul Foundation, International, is a registered 501(c)(3) non-profit organization dedicated to the promotion and diffusion of the meditation on inner light and sound, Sant Mat, as taught by Sant Baljit Singh.

You can contact us at:

KTSI
P.O. Box 160
Umpqua, OR 97486
Tel. +1 541 459 3338

Visit the page on Meditation on Inner Light and Sound as taught by Sant Baljit Singh at:

**www.santmat.net**

SANT MAT    English    sant mat meditation in depth    practicing sant mat

Sant Mat: Meditation on the Inner Light and Sound

Worldwide Links
| More Sites |
|---|
| Australia |
| Canada |
| India |
| New Zealand |
| South Africa |
| United Kingdom |

### What is Sant Mat?

Sant Mat is an age-old, spiritual way of life that includes developing respect, trust, and love for all and discovering our full potential as true human beings. It is a lifestyle in harmony with higher values that nurtures our soul through meditation—the regular contact with the inner light and sound. This contact is made available through a living spiritual teacher...

Learning the Sant Mat lifestyle is always free of charge and is offered in a spirit of compassion and service. Millions worldwide from diverse cultures practice this way of life.

### The Sant Mat Lifestyle



The benefits of the Sant Mat lifestyle include increased **inner strength**, **peace**, and **clarity**. One discovers greater **compassion** and **understanding**, a sense of **service** to humanity, and further **insight** into one's purpose in life.

The goal of Sant Mat is for us to become true human beings, to know our self as soul, and to realize our oneness with the Creator.



**Sant Baljit Singh**
Spiritual Master

| Take the Next Step |
|---|
| There are classes, events, and representatives to talk to in your area. |
| Australia |
| Canada |
| India |
| New Zealand |
| South Africa |
| United Kingdom |
| USA |

"Step into the wide-open cosmos and start a new way of life. Lose yourself in the love of God and become enchanted with him. There is only one purpose in life. Once you absorb yourself in his love you will have no reason to leave his lap. The truth is within, not outside."
— Sant Baljit Singh

Copyright © 2006 Sant Baljit Singh

Feel free to contact the **webmaster**