

**EXHIBIT L**

## CONTRA COSTA COUNTY LIBRARY
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

| | |
|---|---|
| Name of Library: | Antioch Library |
| Date of Meeting: | Nov. 10, 2007 |
| Time of Meeting: | From: 12 pm   To: 5:00 pm   Total Time: 5 hrs |
| Name of Applicant: | Inga Malveaux + Tanya Windham |
| Name of Organization: | Order My Life |
| Purpose of Organization: | Auditions for Gospel plays to produce plays for 6 church non-profit orgs |
| Purpose of Meeting: | Audition |

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that: (name of person) __Inga Malveaux__ shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of (name of person) __Order My Life__ or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees.

(Name of Person) __Inga Malveaux__ will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of (name of person) __Order My Life__

| | |
|---|---|
| Signature: | Inga Malveaux |
| Date: | 10/9/07 |
| Position in Organization: | Co-founder |
| Home Address: | 4949 Stonewood Way Antioch, CA. 94531 |
| Home Telephone: | (925) 497-0009 |
| Business Address: | N/A |
| Business Telephone: | N/A |

## — For Library Use Only —

| Non Fee Use | [X] Approved | [ ] Not Approved |
|---|---|---|
| Reason: | | |

| Fee Based Use | [ ] Approved | [ ] Not Approved |
|---|---|---|
| Reason: | | |

| Amount of Fee Received: | | Received by: |
|---|---|---|
| Librarian in Charge: | Kary L Millett | Date: 10/24/07 |

Form 3-12 (Revised February 12, 2007)

# CASTING CALL

**Order My Life Productions**



# "Touching One Soul At A Time"

## On Both Sides Of The Wall: The Two Way Struggle

**Project Type:**        Gospel Stage Play

**Location:**        Antioch Library – Community Room
501 W. 18th St., Antioch, CA. 94509

**Submission Type:**        Open Call

**Submission Deadline:**        November 9, 2007. Please submit your resume and picture by email to **Ordermylife@comcast.net** or mail to P.O. Box 8236, Pittsburg, CA. 94565. If you have any questions, please e-mail us at the e-mail address above.

2506

## General Information
***Who can audition?*** Anyone! If you are a minor you must be accompanied by an adult.

## What do I do at the audition?
You will fill out an audition form so that we can contact you after the audition. You will be asked to read scenes for the character in which you are auditioning. If you are auditioning for a singing role, you must be prepared to sing a song selection of your choice, you may bring a cd/tape or sing accapella. We will provide a cd and/or tape player. Other acceptable auditioning materials would be: poem/spoken word or a monologue.

## Audition Date & Time:

## November 10, 2007  1pm-5pm

## Character Breakdown

## Main Character # 1 – Tasha  (Will make an appearance through out the entire play)

Tasha is an insecure young lady searching for love. She has strong abilities but needs that extra push in order to shine in her own way. She finds herself following after a sequence of trials and tribulations in her life.

Searchable talent specs:
Gender: Female
Age from: 21 – 35
Additional talent: Must sing

## Main Character # 2 – De (De will make an appearance through out the entire play)

De is a natural born leader, can be very sensitive at times but he is not the one to play with.

Searchable talent specs:
Gender: Male
Age from 21 – 35
Additional talent: Must sing

# Additional Characters

## Females

1. Jeanette – 2 appearances – Very conceded and loves to have things her way at all times
2. Silky – 3 appearances – Very opinionated in her tone of voice and loves defending herself in a good fight
3. Alma – 3 appearances – the youngest of her group, quiet and shy
4. Peaches – 3 appearances – Making a fashionable appearance is her world
5. Kathy – 1 appearance / 2 (VO) - Mentor in Christ, married for 15 years with three kids
6. Diva – 1 appearance - Watch your man because she's trouble
7. Elnora – 1 appearance - Caring Mother –in – Law
8. Officer – 2 appearances - Rude and disrespectful towards inmate families
9. Lady Squab – 2 appearances – A young female member of the gang, tomboy
10. Sondra – 1 appearance - Very over protective or her brother Rob

Searchable talent specs:
Gender: Female
Age From 21 – 45

## Males

1. Rob – 2 appearances - Crafty, cold hearted and the neighborhood player of the year
2. Money – 2 appearances - Womanizer, abusive and neighborhood drug dealer
3. Terry – 1 appearances / 2 (VO) - Mentor for Christ, married for 15 years with three kids
4. Officer/Probation – 3 appearances / 1 (VO) - His mission is to get all gang bangers off the streets by all means
5. Inmate – 1 appearance - He is a supportive inmate to De who has been in prison for 10 years
6. Big KO – 1 appearance - friend of De- gang banger
7. C-Ray – 1 appearance - Friend of De – gang banger

Searchable talent specs:
Gender: Male
Age from 21 – 45

**Note: You may also set up an appointment time for your audition by e-mail: Ordermylife@comcast.net. You have up to 15 minutes to audition, your audition time may be less than the time allotted depending on your presentation.**

# CONTRA COSTA COUNTY LIBRARY
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

| | |
|---|---|
| Name of Library: | Antioch |
| Date of Meeting: | 3/3/08 |
| Time of Meeting: | From: 6:30 p To: 8:30 p Total Time: 2 hrs |
| Name of Applicant: | Inea Molleaux & Tanya Windham |
| Name of Organization: | Order My Life Productions |
| Purpose of Organization: | Produce Gospel Stage plays |
| Purpose of Meeting: | rehearsals |

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that: (name of person) Inea Molleaux shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of (name of person) Inea Molleaux or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees.

(Name of Person) Inea Molleaux will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may incur by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of (name of person) Inea Molleaux

| | |
|---|---|
| Signature: | Inea Molleaux |
| Date: | 2/13/08 |
| Position in Organization: | Co-founder |
| Home Address: | 4949 Stonewood Wy., Antioch, CA. 94531 |
| Home Telephone: | N/A |
| Business Address: | N/A |
| Business Telephone | (925) 497-0009 |

## – For Library Use Only –

| Non Fee Use | ☐ Approved | ☐ Not Approved |
|---|---|---|
| Reason: | | |
| Fee Based Use | ☐ Approved | ☐ Not Approved |
| Reason: | | |
| Amount of Fee Received: | Received by: | |
| Librarian in Charge: Denise Myer | | Date: Feb 13, 2008 |

Form 3-12 (Revised February 12, 2007)   http://stafflnet.ccclib.org/do/documentation/forms/application & permit to use meeting room (form 3-12, revised february

2213

# CONTRA COSTA COUNTY LIBRARY
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

| | |
|---|---|
| Name of Library: | Antioch Library |
| Date of Meeting: | 3/8/08 |
| Time of Meeting: | From: 6 pm  To: 9 pm  Total Time: 3 hrs |
| Name of Applicant: | Inea Malveaux & Tanya Windham |
| Name of Organization: | Order My Life Productions |
| Purpose of Organization: | Produce/Gospel Stage plays |
| Purpose of Meeting: | Rehearsals |

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that: **(name of person)** _Inea Malveaux_
shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of **(name of person)** _Inea Malveaux_
or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees.

**(Name of Person)** _Inea Malveaux_
will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of **(name of person)** _Inea Malveaux_

| | |
|---|---|
| Signature: | Inea Malveaux |
| Date: | 3/13/08 |
| Position in Organization: | Co-Founder |
| Home Address: | 4949 Stonecrest Wy., Antioch, CA 9453 |
| Home Telephone: | N/A |
| Business Address: | N/A |
| Business Telephone | (925) 497-0009 Cell |

## — For Library Use Only —

| Non Fee Use | ☐ Approved | ☐ Not Approved |
|---|---|---|
| Reason: | | |

| Fee Based Use | ☐ Approved | ☐ Not Approved |
|---|---|---|
| Reason: | | |

| Amount of Fee Received: | | Received by: | |
|---|---|---|---|
| Librarian in Charge: | Denise Meyer | Date: | Feb 13, 2008 |

Form 3-12 (Revised February 12, 2007)   http://staffnet.ccclib.org/dcd/documents/forms/application & permit to use meeting room (form 3-12, revised february)   2214

## CONTRA COSTA COUNTY LIBRARY
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

| | |
|---|---|
| Name of Library: | Antioch Library |
| Date of Meeting: | 3/8/08 & 3/15/08 |
| Time of Meeting: | From: 6:00 To: Total Time: 2 hrs |
| Name of Applicant: | Inea Malveaux & Tanya Windham |
| Name of Organization: | Order My Life Productions |
| Purpose of Organization: | Produce Gospel Stage Plays |
| Purpose of Meeting: | Rehearsals |

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that: (name of person) _Inea Malveaux_ shall defend, indemnify, save, and hold harmless, Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of (name of person) _Inea Malveaux_ or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees.

(Name of Person) _Inea Malveaux_ will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of (name of person) _Inea Malveaux_

| | |
|---|---|
| Signature: | Inea Malveaux |
| Date: | 3/13/08 |
| Position in Organization: | Co-founder |
| Home Address: | 4949 Stonewood Wy., Antioch, CA. 94531 |
| Home Telephone: | N/A |
| Business Address: | N/A |
| Business Telephone | (925) 497-0069 Cell |

## — For Library Use Only —

| Non Fee Use | ☐ Approved ☐ Not Approved |
|---|---|
| Reason: | |
| Fee Based Use | ☐ Approved ☐ Not Approved |
| Reason: | |
| Amount of Fee Received: | Received by: |
| Librarian in Charge: Denise Meyer | Date: Feb 13, 2008 |

Form 3-12 (Revised February 12, 2007)   http://staffnet.ccclib.org/dc/documentation/forms/application & permit to use meeting room (form 3-12, revised February   2215