# EXHIBIT M



# National 4-H Headquarters
Cooperative State Research, Education, and Extension Service, U.S. Department of Agriculture

| Name & Emblem | About 4-H | Library | 4-H Community | Quick Links |

## About 4-H

Join 4-H
History
Lore
**Essential Elements**
Programs & Results
Around the World
Home

## Essential Elements of 4-H

What if no youth development programs existed? If we were to develop one – using the latest research – that would assist young people to become healthy, problem-solving, constructive adults, what would it look like?

It would look a lot like 4-H! Using the Essential Elements of 4-H, we create opportunities and environments that meet young people's needs and build life skills.

- 4-H offers opportunities for **Belonging** - young people don't just join 4-H. . .they belong!

Youth need to know they are cared about and accepted by others. Youth also need to experience a sense of physical and emotional safety. They need to feel a sense of connection to others in the group. Current research emphasizes how important it is that youth have opportunities for long-term consistent relationships with adults other than their parents. In fact, the research suggests that a sense of belonging may be the single most powerful positive ingredient we can add into the lives of children and youth.

- 4-H offers opportunities to experience **Mastery** - young people master skills that are relevant.

Mastery includes the development of skills, knowledge, and attitudes followed by the competent demonstration of these skills and knowledge. In order to develop self-confidence and a sense that they matter, young people need to feel that they are capable. They must also experience success at solving problems and meeting meaningful challenges. Mastery is sometimes called "self-efficacy." Settings that promote self-efficacy and mastery encourage youth to take risks, seek out challenges, and focus on self-improvement rather than comparing themselves to their peers.

- 4-H offers opportunities to experience **Generosity** - young people become active and engaged citizens.

Young people need to feel their lives have meaning and purpose. They need opportunities to connect to their communities and learn how to give back to others. As part of this process, youth gain an understanding of others' needs and learn how to respond to these needs. Generosity may also include the development of values such as compassion and tolerance for diversity and the ability to take the perspective of others, and to approach problems as "a member of a global society," through participation in local, and national politics.

- 4-H offers opportunities to experience **Independence** - young people have opportunities to choose. . .and learn to make good choices.

Youth need to know that they are able to influence people and events through decision-making and action. Independence refers to an adolescent's growing ability to think, feel, make decisions, and act on her or his own. This continues to develop whenever someone is challenged to act with a new level of self-reliance. By gaining a sense of independence, youth develop personal responsibility and discipline.

**4-H Essential Elements Program Planning Tool**

Learn how to build the 4-H Essential elements into every one of your 4-H programs and intentionally implement a youth development approach that better meets the needs of young people in a positive way!

The 4-H Essential Elements Program Planning Tool will help you discover how your 4-H programs stack up next to the essential elements. It will help you verify your program's strong points and spot areas where you can step up your emphasis -- for each of the essential elements of belonging, mastery, independence and generosity. It also offers some of the best resources from current youth development research and CYFERnet that relate to the 4-H Essential Elements.

Volunteers will find the 4-H Essential Element Program Planning Tool easy to use and jam-packed with good ideas to make them more effective as a leader.

Need resources that will help your 4-H partners understand and apply the 4-H essential elements? The 4-H Essential Element Program Planning Tool offers resources for staff support, volunteer training, new staff orientation, and mentoring boards and committees.

The 4-H Essential Elements Program Planning Tool is a project of the John and Doris Norton School of Family and Consumer Sciences in the College of Agriculture and Life Sciences at the University of Arizona and National 4-H Headquarters, CSREES/USDA. We gratefully acknowledge the hosting of this Web site by the College of Agriculture and Life Sciences. Funding for this project was generously provided by National 4-H Council.

Access the 4-H Essential Elements Program Planning Tool or review the Essential Elements resources related to belonging, mastery, independence, or generosity.

**See also...**

Presentations and Speeches for several presentations and video on the Essential Elements.

