**EXHIBIT N**

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library: Antioch
Date of Meeting: 8/17/2004
Time of Meeting: From 12 To 3 Total time: 3 hrs.
Name of Applicant: Deborah Acts
Name of Organization: —
Purpose of Organization: Man, North Amp
Purpose of Meeting: help kids improve their math skills

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that ___Deborah Acts___ shall defend, indemnify, save, and hold harmless Contra
                (name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of ___Deborah Acts___ or its agents, servants, employees, or subcontractors hereunder, save and except claims
      (name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. ___Deborah Acts___ will reimburse Contra Costa County for any expenditures, including
                  (name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of ___Deborah Acts___.
                                                                         (name of person)

Signature: Deborah Acts    Date: 8/16/2004
Position in organization: Founder
Home address: 501 Star Minno Way    Phone: 706-1069
Business address: ___    Phone: ___

---

## -- For Library Use Only --

**Non Fee Use**
Approved [✓]
Not Approved [ ]  Reason: _____

**Fee Based Use**
Approved [ ]
Not Approved [ ]  Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge: P-Chan    Date: 8/10/04

Form 3-12 (revised 8/92)

3136

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library: Antioch Public Library
Date of Meeting: 8/12/2004
Time of Meeting: From 9 am To 11 am, Total time 2 hrs
Name of Applicant: Deborah Hicks
Name of Organization: —
Purpose of Organization: Mini Math Camp
Purpose of Meeting: To discuss agenda for camp.

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that _Deborah Hicks_ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of _Deborah Hicks_ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. _Deborah Hicks_ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of _Deborah Hicks_.
(name of person)

Signature: Deborah Hicks    Date: 8/12/2004
Position in organization: ~~———~~
Home address: 5017 San Mirra Way    Phone: 706-1069
Business address: —    Phone: —

---

## -- For Library Use Only --

**Non Fee Use**
Approved [✓]
Not Approved [ ]    Reason: ___

**Fee Based Use**
Approved [ ]
Not Approved [ ]    Reason: ___
Amount of Fee Received: ___    Received by: ___

Librarian in charge: P. Chin    Date: 8/12/04

Form 3-12 (revised 8/92)

3140

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library _Antioch_
Date of Meeting _8/19/04_
Time of Meeting: From _12_ To _3_ Total time _3 hrs._
Name of Applicant _Deb Hicks_
Name of Organization _Mini Math Camp_
Purpose of Organization _To help kid advance in math_
Purpose of Meeting _see above_

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that _Deb Hicks_ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of _Deb Hicks_ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees _Deb Hicks_ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of _Deb Hicks_
(name of person)

Signature _Deb Hicks_ Date _8/18/04_
Position in organization _Founder_
Home address _5017 Star Mine Way_ Phone _70 or 1069_
Business address _____ Phone _____

-- For Library Use Only --

**Non Fee Use**
Approved [✓]
Not Approved [ ] Reason: _____

**Fee Based Use**
Approved [ ]
Not Approved [ ] Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge _P. Chin_ Date _8/18/04_

Form 3-12 (revised 8/92)

3142

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library _Orinda_
Date of Meeting _8/20/04_
Time of Meeting: From _9_ To _12_ Total time _3 hr_
Name of Applicant _[illegible]_
Name of Organization _[illegible]_
Purpose of Organization _[illegible]_
Purpose of Meeting _[illegible]_

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that _____ (name of person) shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of _____ (name of person) or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. _____ (name of person) will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of _____ (name of person).

Signature _____ Date _____
Position in organization _____
Home address _____ Phone _236-1069_
Business address _____ Phone _____

---

## -- For Library Use Only --

**Non Fee Use**
Approved [✓]
Not Approved [ ] Reason: _____

**Fee Based Use**
Approved [ ]
Not Approved [ ] Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge _P. Ch____ Date _8/20/04_

Form 3-12 (revised 8/92)

3143

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __Antioch__
Date of Meeting __8/24/04__
Time of Meeting: From __10__ To __3__ Total time __5 hrs.__
Name of Applicant __Deborah Hall__
Name of Organization __Mrs. Math Camp__
Purpose of Organization __Help kids learn math__
Purpose of Meeting __Share CDs album__

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that __Deb Hall__ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of __Deb Hall__ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees __Deb Hall__ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of __Deb Hall__.
(name of person)

Signature __Deb Hall__  Date __8/23/2004__
Position in organization __Founder__
Home address __501 ?-Star Lane__ Phone __706-1004__
Business address _____ Phone _____

-- For Library Use Only --

Non Fee Use
Approved [✓]
Not Approved [ ]  Reason: _____

Fee Based Use
Approved [ ]
Not Approved [ ]  Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge __P. Ch__  Date __8/23/04__

Form 3-12 (revised 8/92)

3148

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library **Antioch**
Date of Meeting **8/25/2004**
Time of Meeting: From **8:30** to **11** Total time **3 hrs**
Name of Applicant **Debbi Held**
Name of Organization **Mini Math Camp**
Purpose of Organization **Help kids improve in math**
Purpose of Meeting **_____**

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that **Debbi Held** shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of **Debbi Held** or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees **Debbi Held** will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of **Debbi Held**.
(name of person)

Signature **Debbi Held** Date **8/25/2004**
Position in organization **Founder**
Home address **2017 San Mina** Phone **706-1069**
Business address _____ Phone _____

---

## -- For Library Use Only --

**Non Fee Use**
Approved [✓]
Not Approved [ ] Reason: _____

**Fee Based Use**
Approved [ ]
Not Approved [ ] Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge **P. Chin** Date **8/28/04**

Form 3-12 (revised 8/92)

3151

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library: Antioch
Date of Meeting: 8/26/04
Time of Meeting: From 11:30 To 3:00, Total time 4 hrs
Name of Applicant: Deborah [illegible]
Name of Organization: [illegible] Youth Camp
Purpose of Organization: Help kids learn math
Purpose of Meeting: Same as above

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that _[signature]_ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of _[signature]_ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. _[signature]_ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of _[signature]_.
(name of person)

Signature: _[signature]_ Date: 8/25/2004
Position in organization: Founder
Home address: 801 [illegible] San Mirio Way Phone: 706-[illegible]
Business address: _____ Phone: _____

---

**-- For Library Use Only --**

Non Fee Use
Approved [✓]
Not Approved [ ] Reason: _____

Fee Based Use
Approved [ ]
Not Approved [ ] Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge: P. Ch[illegible] Date: 8/25/04

Form 3-12 (revised 8/92)

3152

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __ANTIOCH__
Date of Meeting __MAY - 13 - 2005__
Time of Meeting: From __5:30pm__ To __8:30pm__ Total time __4 Hours__
Name of Applicant __APO GIRON (FIELD DIRECTOR OF DYSL) JUAN MARTIN__
Name of Organization __DELTA YOUTH SOCCER LEAGUE__
Purpose of Organization __COACHES SOCCER CLINIC__
Purpose of Meeting __SOCCER CLINIC__

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that __APO GIRON/JUAN MARTIN__ shall defend, indemnify, save, and hold harmless Contra
          (name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of __APO GIRON__ or its agents, servants, employees, or subcontractors hereunder, save and except claims
     (name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. __APO GIRON/JUAN MA__ will reimburse Contra Costa County for any expenditures, including
          (name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of __APO GIRON / JUAN MARTIN__
                                                                                                (name of person)
Signature __[signed]__ Date __3-7-2005__
Position in organization __FIELD DIRECTOR (DYSL)__
Home address __5146 MOCCASIN WAY ANTIOCH__ Phone __754 5272__
Business address _____ Phone _____

---

## -- For Library Use Only --

**Non Fee Use**
Approved [✓]
Not Approved [ ] Reason: _____

**Fee Based Use**
Approved [ ]
Not Approved [ ] Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge __[signed]__ Date __3/7/05__

2879

Form 3-12 (revised 8/92)

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __ANTIOCH PUBLIC LIBRARY__
Date of Meeting __MAY 14 2005 — APRIL 2 - 2005__
Time of Meeting: From __8:0AM__ To __4:PM__ Total time __7 HRS__
Name of Applicant __ADO GIRON__
Name of Organization __DELTA YOUTH SOCCER LEAGUE__
Purpose of Organization __COACHES CLASS__
Purpose of Meeting __COACHES LICENSING CLASS__

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that __ADO GIRON__ shall defend, indemnify, save, and hold harmless Contra
    *(name of person)*
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of __ADO GIRON__ or its agents, servants, employees, or subcontractors hereunder, save and except claims
*(name of person)*
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. __ADO GIRON__ will reimburse Contra Costa County for any expenditures, including
    *(name of person)*
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of __DYSL,__ .
                                                                                                              *(name of person)*

Signature _____ Date __3-28-2005__
Position in organization _____
Home address __5146 Mocassin Way__ Phone __754 5272__
Business address _____ Phone _____

---

### -- For Library Use Only --

**Non Fee Use**
Approved ☑
Not Approved ☐ Reason: _____

**Fee Based Use**
Approved ☐
Not Approved ☐ Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge __Jail Middlekauff__ Date __3-29-05__

2880

Form 3-12 (revised 8/92)

# Contra Costa County Library

## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __ANTIOCH PUBLIC LIBRARY__
Date of Meeting __MAY SUNDAY 15 2005__
Time of Meeting: From __12:00 AM__ To __4:00 PM__ Total time __4 HOURS__
Name of Applicant __ADO GIRON / JUAN MARTIN__
Name of Organization __DELTA YOUTH SOCCER LEAGUE__
Purpose of Organization __COACHES SOCCER CLINIC__
Purpose of Meeting __D.Y.S.L. COACHES CLINICS__

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that __ADO GIRON__ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of __ADO GIRON__ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. __ADO GIRON__ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of __ADO GIRON / JUAN MARTIN__
(name of person)

Signature _____  Date __04-04-05__
Position in organization __FIELD DIRECTOR (D.Y.S.L.)__
Home address __5146 MOCCASIN WAY__  Phone __754-5272__
Business address _____  Phone _____

-- For Library Use Only --

Non Fee Use
Approved [✓]
Not Approved [ ]   Reason:_____

Fee Based Use
Approved [✗]
Not Approved [ ]   Reason:_____
Amount of Fee Received: _____  Received by: _____

Librarian in charge __Gail MiddleKauff__  Date __4-6-05__

2882

Form 3-12 (revised 8/92)

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __ANTIOCH__
Date of Meeting __MAY - 20 - 2005__
Time of Meeting: From __5:30 PM__ To __8:30 PM__ Total time __4 HOURS__
Name of Applicant __ADO GIRON / JUAN MARTIN__
Name of Organization __DELTA YOUTH SOCCER LEAGUE__
Purpose of Organization __SOCCER CLINIC__
Purpose of Meeting __COACHES SOCCER CLINICS__

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that __ADO GIRON__ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of __ADO GIRON__ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. __ADO GIRON__ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of __ADO GIRON__.
(name of person)

Signature __[signature]__ Date __3-7-2005__
Position in organization __FIELD DIRECTOR (D.Y.S.L.)__
Home address __5146 MOCCASIN WAY ANTIOCH__ Phone __754 5272__
Business address _____ Phone _____

-- For Library Use Only --

Non Fee Use
Approved [X]
Not Approved [ ]   Reason: _____

Fee Based Use
Approved [ ]
Not Approved [ ]   Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge __[signature]__ Date __3/7/05__

2885

Form 3-12 (revised 8/92)

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __ANTIOCH__
Date of Meeting __MAY 21 SATURDAY 2005__
Time of Meeting: From __8:00AM__ To _____ Total time __4:30__
Name of Applicant __ADO GIRON — EDUARDO ZERBINI__
Name of Organization __DELTA YOUTH SOCCER LEAGUE__
Purpose of Organization __REFEREE COACH CLINIC__
Purpose of Meeting __REFEREE COACHES CLINIC__

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that __ADO GIRON / EDUARDO ZERBINI__ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of __ADO GIRON / EDUARDO__ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. __ADO / EDUARDO__ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of __ADO GIRON / EDUARDO ZERBINI__
(name of person)

Signature __[signed]__ Date __3-9-05__
Position in organization __FIELD DIRECTOR 2005 (D.Y.S.L.)__
Home address __5146 MOCCASIN WAY Antioch__ Phone __754 5272__
Business address __—__ Phone _____

-- For Library Use Only --

Non Fee Use
Approved ✓
Not Approved ☐ Reason: _____

Fee Based Use
Approved ☐
Not Approved ☐ Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge __[signed]__ Date __3/9/05__

Form 3-12 (revised 8/92)         2886

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library ANTIOCH PUBLIC LIBRARY
Date of Meeting MAY SUNDAY 22 2005
Time of Meeting: From 12:00pm To 4:00pm Total time 4 Hours
Name of Applicant ADO GIRON / JUAN MARTIN
Name of Organization DELTA YOUTH SOCCER LEAGUE
Purpose of Organization COACHES SOCCER CLINICS
Purpose of Meeting COACHES SOCCER CLINICS

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that ADO GIRON _____ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of
ADO GIRON _____ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. ADO GIRON _____ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of ADO GIRON / JUAN MARTIN
(name of person)
Signature _____ Date 4-4-05
Position in organization FIELD DIRECTOR (D.Y.S.L.)
Home address 5146 MOCCASIN WAY   Phone 754-5272
Business address _____ Phone _____

## -- For Library Use Only --

Non Fee Use
Approved [✓]
Not Approved [ ]   Reason: _____

Fee Based Use
Approved [ ]
Not Approved [ ]   Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge Gail Middlekauff   Date 4-6-05

Form 3-12 (revised 8/92)

2888