**EXHIBIT O**

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __ANTIOCH__
Date of Meeting __2/12/05__
Time of Meeting: From __8am__ To __5pm__ Total time __9 hours__
Name of Applicant __PETER BROWN__
Name of Organization __ASPIRA FOSTER AND FAMILY SERVICES__
Purpose of Organization __FOSTER CARE AGENCY (NONPROFIT)__
Purpose of Meeting __TRAINING FOR PROSPECTIVE FOSTER PARENTS.__

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that __PETER BROWN__ shall defend, indemnify, save, and hold harmless Contra
     (name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of __PETER BROWN__ or its agents, servants, employees, or subcontractors hereunder, save and except claims
   (name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. __PETER BROWN__ will reimburse Contra Costa County for any expenditures, including
     (name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of __PETER BROWN__.
                                                                 (name of person)
Signature __Peter Brown__ Date __2/8/05__
Position in organization __Intake/Trainer__
Home address __4848 International Blvd, Oakl 94__ Phone __570-541-5931__
Business address __2615 Somersville Rd.__ Phone __925-753-2156__
__Antioch, CA 94509__

---

-- For Library Use Only --

**Non Fee Use**
Approved [✓]
Not Approved [ ] Reason: ____

**Fee Based Use**
Approved [ ]
Not Approved [ ] Reason: ____
Amount of Fee Received: ____  Received by: ____

Librarian in charge __P. Ch___  Date __2/8/05__

Peter Brown
Intake/Trainer

**Aspira**
*Raising hope™*
Foster & Family Services
A Division of M.B.H., Inc.
2615 Somersville Road
Antioch, CA 94509
Phone: (925) 753-2156
Fax: (925) 753-2157

2/8/05 TC to Aspira Lm - w/ need to come in 2/11 10-6 /x key JH

Form 3-12 (revised 8/92)

2822

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library ___Antioch Branch Library___
Date of Meeting ___APRIL 1, 2006___
Time of Meeting: From ___7:15 AM___ To ___5:15___ Total time ___9 hrs___
Name of Applicant ___TERRI LINN___
Name of Organization ___Coast Guard Aux___
Purpose of Organization ___Boating Safety___
Purpose of Meeting ___Teaching public boating laws + safety___

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that ___TERRI LINN___ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of ___TERRI LINN___ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. ___TERRI LINN___ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of ___TERRI LINN___.
(name of person)

Signature ___Terri Linn___ Date ___MAR 3, 06___
Position in organization ___Public Education Officer___
Home address ___3325 Oldaqrove Rd___ Phone ___925-754-4719___
Business address ___Antioch, 94509___ Phone ___cell - 234-1054___

--- For Library Use Only ---

Non Fee Use
Approved [X]
Not Approved [ ] Reason: _____

Fee Based Use
Approved [ ]
Not Approved [ ] Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge ___Martha Tukloe___ Date ___3/3/06___

Form 3-12 (revised 8/92)

2604

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library: Antioch Public Library
Date of Meeting: 11/2/04
Time of Meeting: From 6:30 A.M. To 9:00 P.M. Total time: 14 ½ Hours
Name of Applicant: Carolyn Powell
Name of Organization: Contra Costa County
Purpose of Organization: Elections
Purpose of Meeting: Election

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that **Carolyn Powell** shall defend, indemnify, save, and hold harmless Contra
*(name of person)*
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of **Carolyn Powell** or its agents, servants, employees, or subcontractors hereunder, save and except claims
*(name of person)*
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. **Carolyn Powell** will reimburse Contra Costa County for any expenditures, including
*(name of person)*
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of **Carolyn Powell**.
*(name of person)*

Signature: Carolyn Powell     Date: 10-30-04
Position in organization: Inspector
Home address: 1017 W. 4th Antioch     Phone: 754-8420
Business address: _____     Phone: _____

---

## -- For Library Use Only --

**Non Fee Use**
Approved [✓]
Not Approved [ ]   Reason: _____

**Fee Based Use**
Approved [ ]
Not Approved [ ]   Reason: _____
Amount of Fee Received: _____   Received by: _____

Librarian in charge: P. Chen     Date: 10/30/04

Form 3-12 (revised 8/92)

3187