
**EXHIBIT P**

# CONTRA COSTA COUNTY LIBRARY
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

| | |
|---|---|
| Name of Library: | |
| Date of Meeting: | 3/7/07 & 3/15/07 |
| Time of Meeting: 9:30 From: | To: 11:30 Total Time: |
| Name of Applicant: | |
| Name of Organization: | Throads |
| Purpose of Organization: | |
| Purpose of Meeting: | Meeting |

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that: (name of person) AR
shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of (name of person) AR
or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees.

(Name of Person) AR
will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of (name of person) AR

Signature: _Nikhil P Bunale_

Date: 3/6/07

Position in Organization:

Home Address:

Home Telephone:

Business Address:

Business Telephone:

## -- For Library Use Only --

| Non Fee Use | ☒ Approved  ☐ Not Approved |
|---|---|
| Reason: | |
| **Fee Based Use** | ☐ Approved  ☐ Not Approved |
| Reason: | |
| Amount of Fee Received: | Received by: |
| Librarian in Charge: _Whyte_ | Date: March 5, 2007 |

Form 3-12 (Revised February 12, 2007)   http://sharenet.ccclib.org/dc/documentation/forms/application & permit to use meeting room (3-12 revised february 2007).dc   2 2 8 2

*Riverview Garden Club* *Jan 7 2003*

**Contra Costa County Library**

## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __Antioch__
Date of Meeting __1/7/03__
Time of Meeting: From __6:30__ To __9__ Total time _____
Name of Applicant _____
Name of Organization __Riverview Garden Club__
Purpose of Organization _____
Purpose of Meeting _____

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that _____ shall defend, indemnify, save, and hold harmless Contra
                    *(name of person)*
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of _____ or its agents, servants, employees, or subcontractors hereunder, save and except claims
*(name of person)*
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. _____ will reimburse Contra Costa County for any expenditures, including
                    *(name of person)*
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of _____.
                                                                                                    *(name of person)*

Signature __[signature]__ Date __1/7/03__
Position in organization __1st Vice President__
Home address _____ Phone _____
Business address _____ Phone _____

-- For Library Use Only --

<u>Non Fee Use</u>
Approved [✓]
Not Approved [ ] Reason: _____

<u>Fee Based Use</u>
Approved [ ]
Not Approved [ ] Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge __P. Chan__ Date __1/7/03__

Form 3-12 (revised 8/92)

3218

# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library **Antioch Library**
Date of Meeting **May 5, 2003**
Time of Meeting: From **8:30** To **10:30** Total time _____
Name of Applicant **Michelle Kugler**
Name of Organization **DVYF**
Purpose of Organization _____
Purpose of Meeting _____

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that **Michelle Kugler** shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of **M. Kugler** or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees, **M. Kugler** will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of **M. Kugler**.
(name of person)

Signature **Michelle Kugler** Date **5-5-03**
Position in organization **Secretary**
Home address **2355 Chocker Ct** Phone **778-8962**
Business address **Same** Phone _____

## -- For Library Use Only --

**Non Fee Use**
Approved [✓]
Not Approved [ ] Reason: _____

**Fee Based Use**
Approved [ ]
Not Approved [ ] Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge **P. Chan** Date **5/5/03**

Form 3-12 (revised 8/92)          3284