**EXHIBIT Q**

# CONTRA COSTA COUNTY LIBRARY
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

| | |
|---|---|
| Name of Library: | Antioch Public Library |
| Date of Meeting: | 2/18/08 |
| Time of Meeting: | From: 1pm  To: 5pm  Total Time: 4 hours |
| Name of Applicant: | Veronica Hein |
| Name of Organization: | Antioch High School Mock Trial Team |
| Purpose of Organization: | Compete in CCC Mock Trial |
| Purpose of Meeting: | practice for Mock Trial |

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that: **(name of person)** Veronica Hein
shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of **(name of person)** Veronica Hein
or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees.

**(Name of Person)** Veronica Hein
will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of **(name of person)** Veronica Hein

| | |
|---|---|
| Signature: | Veronica Hein |
| Date: | 2/16/08 |
| Position in Organization: | Teacher/Coach |
| Home Address: | 3586 Sharon Ct. Bay Point, CA 94565 |
| Home Telephone: | (925) 813-2734 |
| Business Address: | 700 W. 18th Street Antioch, CA 94509 |
| Business Telephone: | (925) 756-5747 |

## — For Library Use Only —

| **Non Fee Use** | ☒ Approved | ☐ Not Approved |
|---|---|---|
| Reason: | | |

| **Fee Based Use** | ☐ Approved | ☐ Not Approved |
|---|---|---|
| Reason: | | |

| Amount of Fee Received: | | Received by: |
|---|---|---|
| Librarian in Charge: | Jolupe | Date: 2/16/2008 |

Form 3-12 (Revised February 12, 2007)   http://staffnet.ccclib.org/dc/documentation/forms/application & permit to use meeting room (form 3-12, revised february 20...

2156

# CONTRA COSTA COUNTY LIBRARY
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library: Antioch Public Library
Date of Meeting: 12/27
Time of Meeting: From: 9am To: 12pm Total Time: 3hrs
Name of Applicant: Veronica Hein
Name of Organization: Antioch High School Academic Decathlon Team
Purpose of Organization: To compete in Academic Decathlon
Purpose of Meeting: To study and prepare for the competition.

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that: (name of person) Veronica Hein shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of (name of person) Veronica Hein or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees.

(Name of Person) Veronica Hein will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of (name of person) Veronica Hein.

Signature: Veronica Hein
Date: 12/20/07
Position in Organization: Teacher/Coach
Home Address: 3586 Sharon Ct.
Bay Point, CA 94565
Home Telephone: (925) 813-2734
Business Address: 700 W. 18th Street
Antioch, CA 94509
Business Telephone: (925) 756-5747

-- For Library Use Only --

| Non Fee Use | ☑ Approved | ☐ Not Approved |
|---|---|---|
| Reason: | | |
| **Fee Based Use** | ☐ Approved | ☐ Not Approved |
| Reason: | | |
| Amount of Fee Received: | | Received by: |

Librarian in Charge: [signature] Date: 12/20/07

Form 3-12 (Revised February 12, 2007)  http://stafllnet.ccclib.org/dc/Documentation/Forms/Application & Permit to Use Meeting Room (3-12 Revised Februar  2 5 4 3

# CONTRA COSTA COUNTY LIBRARY
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

| | |
|---|---|
| Name of Library: | Antioch Public Library |
| Date of Meeting: | 12/28 |
| Time of Meeting: | From: 2pm   To: 5pm   Total Time: 3hrs |
| Name of Applicant: | Veronica Hein |
| Name of Organization: | Antioch High School Academic Decathlon Team |
| Purpose of Organization: | to compete in Academic Decathlon |
| Purpose of Meeting: | To study and prepare for the competition. |

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that: (name of person) Veronica Hein shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of (name of person) Veronica Hein or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees.

(Name of Person) Veronica Hein will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of (name of person) Veronica Hein.

| | |
|---|---|
| Signature: | Veronica Hein |
| Date: | 12/20/07 |
| Position in Organization: | Teacher / Coach |
| Home Address: | 3586 Sharon Ct. Bay Point, CA 94565 |
| Home Telephone: | (925) 813-2734 |
| Business Address: | 700 W. 18th Street Antioch, CA 94509 |
| Business Telephone: | (925) 756-5747 |

-- For Library Use Only --

| Non Fee Use | ☒ Approved   ☐ Not Approved |
|---|---|
| Reason: | |
| **Fee Based Use** | ☐ Approved   ☐ Not Approved |
| Reason: | |
| Amount of Fee Received: | Received by: |
| Librarian in Charge: | Date: 12/20/07 |

Form 3-12 (Revised February 12, 2007)   2545

# CONTRA COSTA COUNTY LIBRARY
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

| | |
|---|---|
| Name of Library: | Antioch Public Library |
| Date of Meeting: | 12/29 |
| Time of Meeting: | 9am  From: 9am  To: 3pm  Total Time: 6 hrs |
| Name of Applicant: | Veronica Hein |
| Name of Organization: | Antioch High School Academic Decathlon Team |
| Purpose of Organization: | to compete in Academic Decathlon |
| Purpose of Meeting: | To study and prepare for the competition. |

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that: (name of person) __Veronica Hein__
shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of (name of person) __Veronica Hein__
or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees.

(Name of Person) __Veronica Hein__
will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of (name of person) __Veronica Hein__.

| | |
|---|---|
| Signature: | Veronica Hein |
| Date: | 12/20/07 |
| Position in Organization: | Teacher / Coach |
| Home Address: | 3586 Sharon Ct. |
| | Bay Point, CA 94565 |
| Home Telephone: | (925) 813-2734 |
| Business Address: | 700 W. 18th Street |
| | Antioch, CA 94509 |
| Business Telephone: | (925) 756-5747 |

-- For Library Use Only --

| Non Fee Use | ☒ Approved   ☐ Not Approved |
|---|---|
| Reason: | |
| **Fee Based Use** | ☐ Approved   ☐ Not Approved |
| Reason: | |
| Amount of Fee Received: | Received by: |
| Librarian in Charge: | [signature]   Date: 12/20/07 |

Form 3-12 (Revised February 12, 2007)   http://staffnet.ccclib.org/dc/Documentation/Forms/Application & Permit to Use Meeting Room (3-12 Revised February;  2 5 4 6

# CONTRA COSTA COUNTY LIBRARY
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

| | |
|---|---|
| Name of Library: | |
| Date of Meeting: | Dec 15, 2007 |
| Time of Meeting: | From: 10am  To: 12pm  Total Time: 2 hrs |
| Name of Applicant: | Stacie Wise |
| Name of Organization: | South University |
| Purpose of Organization: | |
| Purpose of Meeting: | Testing - Math/English |

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that: (name of person) **Stacie Wise**
shall defend, indemnify, save, and hold harmless Contra Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of (name of person) **Stacie Wise**
or its agents, servants, employees, or subcontractors hereunder, save and except claims or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees.

(Name of Person) _____
will reimburse Contra Costa County for any expenditures, including reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of (name of person) _____.

Signature: *Stacie Wise*
Date: Dec. 15, 2007
Position in Organization: Testing
Home Address: 904 W. 9th St, Antioch CA 94509
Home Telephone: (925) 865-9761
Business Address:
Business Telephone:

## — For Library Use Only —

| Non Fee Use | ☒ Approved | ☐ Not Approved |
|---|---|---|
| Reason: | | |
| **Fee Based Use** | ☐ Approved | ☐ Not Approved |
| Reason: | | |
| Amount of Fee Received: | | Received by: |
| Librarian in Charge: *Denise Myers* | | Date: 12-12-07 |

Form 3-12 (Revised February 12, 2007)   http://staffnet.ccclib.org/dc/Documentation/Forms/Application & Permit to Use Meeting Room (3-12 Revised February 2)   2535