# EXHIBIT R



ANTIOCH LIBRARY  ANTIOCH CALIFORNIA
IAN-MACKINLAY AND ASSOCIATES  ARCHITECTS AIA

EXHIBIT
Galindo
13
7-15-08

4952