

Anne Cain/staff/cccl



Anne Cain/staff/cccl
02/09/2007 02:55 PM

To All Staff

cc

Subject use of meeting rooms for religious services

As you may recall, last fall the 9th Circuit Court of Appeals agreed with the County's policy of prohibiting religious services in library meeting rooms - this reversed a lower court's decision. Our policy at the time stated:

Library meeting rooms shall not be used for religious services.

When the lower court ruled, we were under an injunction that required that we allow the use of meeting rooms for religious services so we crossed this out and used the following language:

Until further notice, library meeting rooms can be used for religious services.

When the 9th Circuit made their ruling, County Counsel thought that further proceedings would occur relatively quickly and told us not to go back to our original policy. However, today they indicated that we should operate as if the injunction is not in place, e.g., revert to the policy of prohibiting religious services in the library meeting rooms.

**So, we are back to using the original language in our policy which states that "Library meeting rooms shall not be used for religious services."**

As far as an update on the case itself, the church asked the 9th Circuit to reconsider the decision en banc (all active judges participating in the decision, rather than just a three-judge panel). Although all of the papers were filed by October 31, 2006, the court has yet to decide whether they will convene en banc to hear the case. If they agree, it will likely be several months (at least) before the hearing.

Cathy - can someone update the policy on the library's home page and also in the procedures on Staffnet? All of the policy and procedure binders should have been sent in to Library Administration as they are no longer kept up to date. Is anyone aware of anywhere else this policy is located?

thanks and let me know if you have any questions

Anne Cain
County Librarian
Contra Costa County Library
(925) 646-6423 phone
(925) 646-6461 fax
acain@ccclib.org



Anne Cain/staff/cccl
10/01/2007 04:43 PM

To All Managers/Branch Librarians
cc
bcc
Subject religious services in library meeting rooms

Today the US Supreme Court declined to hear the case concerning the use of the Antioch Library meeting room for religious services. As a result, the 9th Circuit Court of Appeals decision in favor of the County is final. The 9th Circuit agreed that the County had established only a "limited forum" in the library meeting rooms and therefore may restrict access based on subject matter so long as the distinctions are reasonable in light of the purpose served by the forum and are viewpoint neutral. The Court of Appeals also found that "pure religious worship" (which is what the church was seeking to conduct) is not a viewpoint but rather a separate category of discussion.

So, our policy will remain as it is currently stated - prohibiting religious services. Keep in mind that religious organizations may use the meeting rooms for the same purposes that other groups use them, but they cannot hold religious services in the meeting rooms.

Please let me know if you have any questions. Thanks

Anne Cain
County Librarian
Contra Costa County Library
(925) 646-6423 phone
(925) 646-6461 fax
acain@ccclib.org