# EXHIBIT T

# THE BOARD OF SUPERVISORS OF CONTRA COSTA COUNTY, CALIFORNIA

Adopted this Resolution on    December 14, 2004   , by the following vote:

AYES: SUPERVISORS GIOIA, UILKEMA, GREENBERG, DESAULNIER
NOES: NONE
ABSENT: SUPERVISOR GLOVER
ABSTAIN: none

RESOLUTION NO.    2004/655

SUBJECT: IN THE MATTER OF ADOPTING A POLICY FOR THE USE OF MEETING ROOMS IN LIBRARIES

Upon recommendation of the County Librarian, this Board adopts the following policy and rescinds all previously adopted policies and rules and regulations (including Resolution No. 93/525 in its entirety) for the use of meeting rooms in libraries:

## Contra Costa County Library
### POLICY FOR THE USE OF MEETING ROOMS IN LIBRARIES

It is the policy of the Contra Costa County Library to encourage the use of library meeting rooms for educational, cultural and community related meetings, programs, and activities.

### NO-FEE USAGE
Non-profit and civic organizations, for-profit organizations, schools and governmental organizations offering meetings, programs, or activities of educational, cultural or community interest may use the meeting room free of charge for meetings that are open to the general public, for which no admission fee is charged, and at which no soliciting or selling is done.

### FEE-BASED USAGE
Non-profit and civic organizations, for-profit organizations, schools and governmental organizations may use the meeting room for a fee for meetings that are closed to the general public, for which an admission fee is charged, or at which soliciting or selling takes place.

### EDUCATIONAL USE
Library meeting rooms are available to schools only for special meetings, programs, or activities. They may not be used for instructional purposes as a regular part of the curriculum.

### RELIGIOUS USE
Library meeting rooms shall not be used for religious services.

### APPLICATIONS FOR USE
All groups request use of a library meeting room must fully complete an application form for each use.

### RULES FOR USE
The County Librarian shall promulgate rules for the implementation of this policy. Such rules may contain branch specific rules. The County Librarian may deny any application or revoke any permission previously granted when such application or permission is for a use not permitted by this policy, when the applicant has violated the rules promulgated by the County Librarian, or when the meeting room is needed for library purposes.

cc: County Librarian
    County Administrator
    County Counsel

I hereby certify that this is a true and correct copy of an action taken and entered on the minutes of the Board of Supervisors on the date shown.

ATTESTED: December 14, 2004
JOHN SWEETEN, Clerk of the Board of Supervisors and County Administrator

By _____ Deputy

12/1/2004