Textscape, LLC v. Google, Inc.

Doc. 101 Att. 20

# EXHIBIT U

Dockets.Justia.com



**Holiday Closings**

# Locations and Hours



**Library Administration** | **Contact** | **Directions**
(925) 646-6423 | 75 Santa Barbara Road Pleasant Hill, CA 94523

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 8-5 | 8-5 | 8-5 | 8-5 | 8-5 | Closed | Closed |

**Adult Literacy: Project Second Chance - Pleasant Hill** | **Contact**
(925) 927-3250 | 75 Santa Barbara Road Pleasant Hill, CA 94523

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 8:30-5 | 8:30-8 | 8:30-5 | 8:30-8 | 8:30-5 | Closed | Closed |

Antioch Office - (925) 754-8317 501 W. 18th Street, Antioch, CA 94509

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 2-8 | 10-4 | 10-4 | 10-4 | 10-4 | Closed | Closed |

**Antioch**
(925) 757-9224 | 501 W. 18th Street Antioch, CA 94509

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 10-8 | 10-8 | 10-8 | 12-8 | 12-6 | 10-6 | Closed |

**Bay Point**
(925) 458-9597 | 205 Pacifica Avenue Bay Point, CA 94565 (In the Riverview Middle School)

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 2:30-8 | 2:30-8 | Closed | 2:30-8 | 2:30-6 | 12-5 | Closed |

**Brentwood**
(925) 634-4101 | 751 Third Street Brentwood, CA 94513

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 10-8 | 10-8 | 10-8 | 10-8 | 10-6 | 10-6 | Closed |

**Clayton**
(925) 673-0659 | 6125 Clayton Road Clayton, CA 94517

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 1-9 | 10-6 | 1-9 | 10-6 | Closed | 10-6 | 1-5 |

**Concord**
(925) 646-5455 | 2900 Salvio Street Concord, CA 94519

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 12-9 | 10-6 | 10-6 | 12-9 | 10-5 | 10-5 | 1-5 |

**Crockett**
(510) 787-2345 | 991 Loring Avenue Crockett, CA 94525

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 11-5 | Closed | 11-5 | Closed | 11-5 | 10-4 | Closed |

### Danville
(925) 837-4889 | 400 Front Street Danville, CA 94526

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 10-8 | 10-8 | 10-8 | 10-8 | 10-6 | 10-6 | 1-5 |

### El Cerrito
(510) 526-7512 | 6510 Stockton Avenue El Cerrito, CA 94530

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 12-8 | 12-8 | Closed | 10-6 | 1-5 | 10-5 | Closed |

### El Sobrante
(510) 374-3991 | 4191 Appian Way El Sobrante, CA 94803

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 12-8 | 10-6 | Closed | 12-8 | 1-5 | 10-5 | Closed |

### Hercules
(510) 245-2420 | 109 Civic Drive Hercules, CA 94547

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 1-9 | 1-9 | 10-6 | 10-6 | Closed | 10-6 | 12-5 |
| Homework Room | | | | | | |
| 3pm-6pm | 3pm-6pm | 3pm-6pm | 3pm-6pm | Closed | Closed | Closed |

### Kensington
(510) 524-3043 | 61 Arlington Avenue Kensington, CA 94707

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 12-8 | 12-8 | Closed | 10-6 | 1-5 | 10-5 | Closed |

### Lafayette
(925) 283-3872 | 952 Moraga Road Lafayette, CA 94549

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 10-6 | 12-8 | 12-8 | 10-6 | 1-5 | 1-5 | Closed |

### Martinez
(925) 646-2898 | 740 Court Street Martinez, CA 94553

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 12-8 | 10-8 | 12-5 | Closed | 12-5 | 10-5 | Closed |

### Monument Futures
(925) 680-2844 | 2699 Monument Blvd. Suite G Concord, CA 94520

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 6am-12pm | 6am-12pm | 6am-12pm | 6am-12pm | 6am-12pm | 6am-12pm | Closed |

### Moraga
(925) 376-6852 | 1500 St. Mary's Road Moraga, CA 94556

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| Closed | 12-8 | 10-6 | 12-8 | 1-5 | 10-5 | Closed |

### Oakley
(925) 625-2400 | 1050 Neroly Road Oakley, CA 94561 (Located in Freedom High School)

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| Closed | 10-9 | 10-9 | 2-9 | 2-6 | 10-6 | Closed |

### Orinda
(925) 254-2184 | 26 Orinda Way Orinda, CA 94563

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 10-8 | 10-8 | 10-8 | 10-8 | 10-6 | 10-6 | 1-5 |

### Pinole
(510) 758-2741 | 2935 Pinole Valley Road Pinole, CA 94564

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 1-9 | 10-6 | 1-9 | 1-6 | 1-6 | 10-6 | Closed |

### Pittsburg
(925) 427-8390 | 80 Power Avenue Pittsburg, CA 94565

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 12-8 | 10-8 | 10-8 | 10-8 | 12-6 | 10-6 | Closed |

### Pleasant Hill
(925) 646-6434 | 1750 Oak Park Blvd. Pleasant Hill, CA 94523

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 12-8 | 12-8 | 10-6 | 12-8 | 10-6 | 10-6 | Closed |
| Computer Lab | | | | | | |
| 5pm-7:30pm | 5pm-7:30pm | Closed | 5pm-7:30pm | Closed | 10-5:30 | Closed |

### Rodeo
(510) 799-2606 | 220 Pacific Avenue Rodeo, CA 94572

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 11-5 | 1-7 | Closed | 1-7 | Closed | 11-5 | Closed |

### San Pablo
(510) 374-3998 | 2300 El Portal Dr. San Pablo, CA 94806 (Community Resource Center)

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 12-8 | 12-8 | 10-6 | Closed | 1-5 | 10-5 | Closed |

### San Ramon - Dougherty Station
(925) 973-3380 | 17017 Bollinger Canyon Road San Ramon, CA 94582

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 10-8 | 12-8 | 12-8 | 10-8 | 10-5 | 10-5 | Closed |

### San Ramon - San Ramon
(925) 973-2850 | 100 Montgomery Street San Ramon, CA 94583

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 10-8 | 10-8 | 10-8 | 10-8 | 10-5 | 10-5 | 1-5 |

### Walnut Creek - Park Place
(925) 646-6773 | 1395 Civic Drive Walnut Creek, CA 94596

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 10-8 | 10-8 | 10-8 | 10-8 | 10-6 | 10-6 | Closed |

### Walnut Creek - Ygnacio Valley
(925) 938-1481 | 2661 Oak Grove Road Walnut Creek, CA 94598

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 10-8 | 10-8 | 10-8 | 10-8 | 10-6 | 10-6 | Closed |