# EXHIBIT V

Print    Cancel

## Hot Dogs and Ice Cream for Teens and Tweens
**Event Type:** Just for Fun
**Date:** 7/14/2008
**Start Time:** 3:00 PM
**End Time:** 4:00 PM
**Library:** Antioch
**Description:** Let's celebrate National Hot Dog Month and National Ice Cream month with a hot dog and ice cream party! We'll eat hot dogs. Then we'll make and eat ice cream. For 4th through 12th grade.