# EXHIBIT W

Dockets.Justia.com



## CONTRA COSTA COUNTY LIBRARY
### RULES FOR THE USE OF LIBRARY MEETING ROOMS

| | |
|---|---|
| **Name of Library:** | Antioch Library |
| **Address:** | 501 W. 18th Street, Antioch, CA 94509 |
| **Telephone Number:** | (925) 757-9224 |
| **MEETING ROOM CAPACITY** | 110 |

**FREQUENCY OF USE**
(How often can an organization use the room within one fiscal year): Once per week

**DURATION OF USE** (How many hours can a meeting last on one day) 8 hours

**ADVANCE BOOKING TIME** No Fee Use: Three Months Fee Based Use: Three Months

**HOURS OF USE** Weekdays: No later than 10:00 p.m. Weekends: No later than 10:00 p.m.

**FEE SCHEDULE** $40.00/hour, billed in half-hour increments & paid at time of booking. No refunds.

**CONDITION UPON VACATING**
1. Put all chairs against walls, except one wall with light switches
2. Put tables against wall with washer lights
3. Put garbage can in lobby
4. Turn out lights
5. Lock all doors
6. Check to ensure back door is latched

**FOOD AND BEVERAGE ARRANGEMENTS**
1. Pre-prepared simple snacks and beverages
2. No food preparation is allowed
3. Must bring own supplies

**EQUIPMENT AVAILABLE**
1. TV, VCR & Stand
2. Three low end tables
3. Eighty (80) chairs
4. Eight (8) tables – five feet long
5. Two (2) tables – six feet long
6. Four (4) tables – size of card tables
7. 16 mm Projector and Stand
8. Small Screen
9. Dry Erase Board
10. Blackboard

**SPECIAL USE CONDITIONS**
1. Return key in book drop after checking that all doors are shut and locked
2. If meeting is scheduled for time when library is closed, application must pick-up key when the library is open and sign for it
3. Wheelchair accessible

**NOTE:** Inside lobby glass door and door in corner of meeting room to kitchen is alarmed when the library is closed. Please do not touch these doors.

EXHIBIT
Galindo
14
7-15-08