IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH
EVANGELISTIC MINISTRIES, et al.,

Plaintiffs,

v.

FEDERAL D. GLOVER, et al.

Defendants.

CASE NO. C-04-3111 JSW

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendants' opposition and cross-motion shall be filed no later than September 26, 2008. Plaintiffs' opposition and reply shall be filed no later than October 10, 2008. Defendants' reply shall be filed no later than October 24, 2008.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Date: September 9, 2008

1