UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH EVENGELIST MINISTRIES ET AL

        Plaintiff(s),                       No. C 04-03111 JSW

        v.                                   **CLERK'S NOTICE**

GLOVER ET AL

        Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on **January 9, 2009, at 9:00 a.m.** , in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the **Motion for Summary Judgement** previously noticed for November 7, 2008 in this matter.

    YOU ARE FURTHER HEREBY NOTIFIED that the **Pretrial Conference**\*, previously scheduled for January 12, 2009, is continued to **March 16, 2009 at 2:00 p.m.** and the **Bench Trial**\*, previously scheduled for February 9, 2009, is continued to **April 13, 2009 at 8:30 a.m.**

                                                Richard W. Wieking
                                                Clerk, United States District Court

                                                By:_____ *Jennifer Ottolini* _____
                                                Jennifer Ottolini, Deputy Clerk
                                                Honorable Jeffrey S. White
                                                (415) 522-4173

Dated: October 27, 2008

\* Please refer to Judge White's Standing Order regarding preparation for Pretrial And Trial located at www.cand.uscourts.gov for additional information.