# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**     **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: January 9, 2009     **Court Reporter:** Margo Gurule

**CASE NO.: C-04-3111    JSW**

**TITLE:** Faith Center Evangelical Ministries, et al., v. Federal Glover, et al.,

**COUNSEL FOR PLAINTIFF:**     **COUNSEL FOR DEFENDANT:**

**Timothy Chandler**     **Thomas Geiger**

**PROCEEDINGS:**    Motion for Summary Judgment

**RESULTS:**    The Court heard argument from counsel.
            The motion is taken under submission.
            A written ruling shall issue.