UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH EVANGELISTIC
MINISTRIES ET AL

              Plaintiff(s),                  No. C 04-03111 JSW

     v.                                **CLERK'S NOTICE**

GLOVER ET AL

              Defendant(s).
_____/

       YOU ARE HEREBY NOTIFIED that the Pretrial Conference, scheduled for March 16, 2009 at 2:00 p.m. and the Bench Trial, scheduled for April 13, 2009 at 8:30 a.m. are vacated and will be rescheduled, if necessary, in the Court's order on the pending motions for summary.

                                Richard W. Wieking
                                Clerk, United States District Court

                                By:_____*Jennifer Ottolini*_____
                                Jennifer Ottolini, Deputy Clerk
                                Honorable Jeffrey S. White
                                (415) 522-4173

Dated:  February 17, 2009

NOTE:  Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information.