IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH<br>EVANGELISTIC MINISTRIES, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>FEDERAL D. GLOVER, et al.<br><br>　　　Defendants. | CASE NO. C-04-3111 JSW<br><br>**[PROPOSED] ORDER** |

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for Plaintiffs to file a motion for attorneys' fees and non-taxable costs is extended to October 23, 2009.

　.

_____    Date: _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1